UNITED STATES BANKRUPTCY COURT FOR THE
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NO.: 14-02843-ABB
CHAPTER 13 CASE

IN RE:

POURIA BIDHENDI

Debtor(s).
_____/

**NOTICE OF APPEARANCE REQUESTED TO BE PLACED
ON LOCAL RULES 1007-2 PARTIES IN THE INTEREST LIST**
*Subject Property: 1012 MARABON AVENUE, ORLANDO, FL 32806*

PLEASE TAKE NOTICE that the undersigned hereby enters an appearance as attorney for **WELLS FARGO BANK, N.A.,** secured creditor of the above styled Debtor(s).

Pursuant to the provisions of Local Rule 2002-1 (e), request is hereby made that the undersigned counsel be placed on the LOCAL RULE 1007-2 PARTIES IN INTEREST LIST and that copies of all notices, orders and other pleadings filed herein be served upon the undersigned.

I HEREBY CERTIFY that a true and correct copy of the Notice of Appearance was delivered to the addressees on the attached mailing list by First Class U. S. Mail postage pre-paid **and/or electronic mail** this ___19___ day of ___March___, 2014.

Choice Legal Group, P.A.
P.O. Box 9908
Fort Lauderdale, FL 33310-9908
Telephone: (954) 453-0365/1-800-441-2438
Facsimile: (954) 689-3517
antonio.alonso@clegalgroup.com

By: _____
Antonio Alonso, Esq.
Bar Number: 50335

14-01214

## MAILING LIST:

U.S. TRUSTEE
UNITED STATES TRUSTEE - ORL7/13, 7
OFFICE OF THE UNITED STATES TRUSTEE
GEORGE C YOUNG FEDERAL BUILDING
400 WEST WASHINGTON STREET, SUITE 1100
ORLANDO, FL 32801

LAURIE K. WEATHERFORD, TRUSTEE
POST OFFICE BOX #3450
WINTER PARK, FL 327903450

POURIA BIDHENDI
1012 MARABON AVENUE
ORLANDO FL 32806

ANA BIDHENDI
1012 MARABON AVENUE
ORLANDO FL 32806

MICHAEL J DAVIS, ESQ.
ARCHER BAY
2639 DR MARTIN LUTHER KING JR STREET N
SAINT PETERSBURG FL 33704

14-01214