**[6NOT02]** [Notice of Deficient Filing]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:                                                                          Case No. 6:14−bk−02843−ABB
                                                                                                   Chapter 13

Pouria Bidhendi
1012 Marabon Avenue
Orlando, FL 32806

        Debtor(s)          /

NOTICE OF DEFICIENT FILING

   THIS IS NOTICE that the pleading titled Schedules (Document No. 10 ) filed by Debtor on March 27, 2014 , is deficient for the following reason(s):

   The prescribed filing fee of $30.00 was not included per Local Rule 1009−1 and 28 U.S.C. Section 1930. Personal checks will not be accepted from debtors − only money orders or cashier's check made payable to Clerk, U.S. Bankruptcy Court. Do not send cash through the mail. Our address is 400 West Washington Street, Suite 5100, Orlando, FL 32801

   A copy of the Notice of Bankruptcy Case, Meeting of Creditors and Deadlines (Section 341 Meeting Notice), containing the full social security number, or the Notice of Conversion of Case along with the Statement of Debtor(s) Social Security Number was not served on the additional creditors, with written proof of service provided to the Court.

PLEASE CURE THE ABOVE−STATED DEFICIENCY WITHIN 14 DAYS FROM THE DATE OF THIS NOTICE OR SANCTIONS MAY BE IMPOSED.

*A copy of this notice must accompany your amended pleading. (Note: This requirement does not apply to electronic filers.)*

   DATED on March 28, 2014 .

                              FOR THE COURT
                              Lee Ann Bennett, Clerk of Court
                              George C. Young Federal Courthouse
                              400 West Washington Street
                              Suite 5100
                              Orlando, FL 32801

Case 6:14-bk-02843-KSJ    Doc 13    Filed 03/28/14    Page 2 of 2