**[6NOT02]** [Notice of Deficient Filing]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:                                                                 Case No. 6:14–bk–02843–ABB
                                                                       Chapter 13

Pouria Bidhendi
1012 Marabon Avenue
Orlando, FL 32806


_____Debtor(s)_____/


NOTICE OF DEFICIENT FILING

   THIS IS NOTICE that the pleading titled Notice of Appearance and Request for Notice as Additional Counsel for debtor (Document No. 15 ) filed by attorney Dorothy V. Maier on May 5, 2014 , is deficient for the following reason(s):

   A notice of appearance by counsel for debtor requires service on all creditors and parties in interest using a current mailing matrix obtained from the clerk's office. In addition, if a Statement of Compensation has not been filed please be advised that you are required to do so.

   No action will be taken on this pleading until it conforms with the Local Rules or the Federal Rules of Bankruptcy Procedure, pursuant to Local Rule 9011–3.

PLEASE CURE THE ABOVE–STATED DEFICIENCY WITHIN 14 DAYS FROM THE DATE OF THIS NOTICE OR SANCTIONS MAY BE IMPOSED.

*A copy of this notice must accompany your amended pleading. (Note: This requirement does not apply to electronic filers.)*

   DATED on May 6, 2014 .


                                   FOR THE COURT
                                   Lee Ann Bennett, Clerk of Court
                                   George C. Young Federal Courthouse
                                   400 West Washington Street
                                   Suite 5100
                                   Orlando, FL 32801