**IN THE U. S. BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**CASE NO.  6:14-bk-02843-ABB**

**IN RE:**

**POURIA BIDHENDI**
              **Debtor**
_____/

**NOTICE OF APPEARANCE**

COMES NOW the undersigned and hereby gives notice of her appearance in the above captioned cause as Co-Counsel of record representing the debtor, POURIA BIDHENDI.

**DOROTHY V. MAIER**
**Co-Counsel for Debtor, Pouria Bidhendi**
**ARCHER BAY, PA**
**390 N. Orange Avenue**
**Suite 2300**
**Orlando, FL 32801**
**1-407-730-3022**
**Fax: 1-407-730-3024**
**FBN 338176**
**dmaier@archerbay.com**

      /s/ Dorothy V. Maier
**By:** _____
     **DOROTHY V. MAIER**

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that a true and correct copy of the foregoing has been electronically filed this 7th day of May, 2014 with the U. S. Bankruptcy Court, Middle District of Florida, Orlando Division, and served via regular U.S. Mail to the following:

**U.S. Trustee**
United States Trustee – ORL 7/13,7
Office of the United States Trustee
George C. Young Federal Building
400 West Washington Street, Suite 1100
Orlando, FL 32801

_____
**LAURIE K. WEATHERFORD, TRUSTEE**
Post Office Box #3450
Winter Park, FL 32790-3450

_____
**Pouria Bidhendi**
1012 Marabon Avenue
Orlando, FL 32806

_____
**Ana Bidhendi**
1012 Marabon Avenue
Orlando, FL 32806

_____
**Antonio Alonso, Esq.**
**Choice Legal Group, PA**
Post Office Box 9908
Fort Lauderdale, FL 33310-9908

_____
**AEL Financial**
600 N. Buffalo Grove road
Buffalo Grove, IL 60089

_____

**Citifinancial**
605 Munn Road
S. Care Dept.
Fort Mill, SC 29715

_____

**Dyck O'Neal Inc.**
**15301 Spectrum Dr.**
**Addison. TX 75001**

_____

**E Equity Title Loans**
**P O Box 227970**
**Miami, FL 33222**

_____

**Internal Revenue Service**
**P O Box 7346**
**Philadelphia, PA 19101**

_____


**Nissan Infinity Lt**
**P O Box 660366**
**Dallas, TX 75266**

_____

**Portfolio Recovery**
**120 Corporate Blvd.**
**Norfolk, VA 23502**

_____

**Preferred Collection**
**1000 N. Ashley Drive**
**St. 1600**
**Tampa, FL 33602**

_____

**Safe Home Security**
**58 Sebethe Drive**
**Cromwell, CT 06416**

_____

**Strategic Recovery**
**7668 Warren Pkwy**
**St. 325**
**Frisco, TX 75034**

_____

**Wells Fargo Bank**
**P O Box 10335**
**Des Moines, IA 50306**

_____

**By:** _____/s/  DOROTHY V. MAIER_____

**DOROTHY V. MAIER**
**Co-Counsel for Debtor, Pouria Bidhendi**
**ARCHER BAY, PA**
**390 N. Orange Avenue**
**Suite 2300**
**Orlando, FL 32801**
**1-407-730-3022**
**Fax: 1-407-730-3024**
**FBN 338176**
**dmaier@archerbay.com**