# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

In Re:                                                                 Case No 6: 14-bk-02843-ABB

Pouria Bidhendi
                                                                                Chapter 13

    Debtor

_____/

## MOTION TO SET ASIDE DISMISSAL AND
## REINSTATE CHAPTER 13 CASE

**Notice of Opportunity to Object and for Hearing**

**PURSUANT to Local Rule 2002-4, the Court will consider this motion, without further notice or hearing unless a party in interest files a response or objection within 21 days of the service of this paper. If you object to the relief requested in this paper, you must file your response with the Clerk of the Court at the United States Bankruptcy Court, George C. Young Courthouse, 400 W. Washington St., Suite 5100, Orlando, FL 32801, and serve a copy on: Debtor - Pouria Bidhendi, 1012 Marabon Avenue, Orlando, FL 32806 Trustee - Laurie K. Weatherford, PO Box 3450, Winter Park, FL 32790 Attorney – Justin R. Infurna, Esq., The Infurna Law Firm P.A., 69 East Pine St. Ste., Orlando, FL 32801**
**If you file and serve a response or objection within the time permitted, the Court will schedule a hearing and you will be notified. If you do not file an objection the Court will consider that you do not oppose the granting of the relief requested in this paper, will proceed to consider the pleading without further notice and hearing, and may grant the relief requested.**

**COMES NOW** the Debtor, Pouria Bidhendi, through undersigned counsel,

and moves to set aside the dismissal in this case entered on June 24, 2014, and to

reinstate his Chapter 13 case, and in support thereof states as follows:

1. Debtor's case was dismissed due to non-payment of Plan payments, which were due for April, May, and June, 2014.

2. Debtor sent a check to the Trustee's office for the full arrearage on or about June 6, 2014, but for reasons unbeknownst to Debtor, were not acknowledged as received, and the check was not cashed.

3. Debtor is prepared to catch up immediately on his payments, including July, 2014 and become current.

4. The creditors and interested parties will not be prejudiced in reinstating this case and allowing Debtor to become current in his payments.

5. It is in the interest of all parties concerned that the dismissal be set aside and that the Debtor's Chapter 13 case be reinstated.

WHEREFORE, Debtor prays that upon Debtor's payment of the arrearages in his Chapter 13 case, and his becoming current, the dismissal in this case be set aside and his Chapter 13 case be reinstated.

The Infurna Law Firm PA

By:  /S/  Justin R. Infurna_____
**Justin R. Infurna,  Esq LLM**
Attorney for Debtor
Fl. Bar No. 0084284
69 East Pine St.
Orlando, FL 32801
Ph.  800-774-1560
Fax. 800-774-1560
justininfurna@alwaysavailablelawyer.com

## CERTIFICATE OF SERVICE

     I hereby certify that a true and correct copy of the foregoing was furnished by United States mail postage pre-paid, and/or by electronic filing to to all creditors and parties in interest as listed on the Court's Matrix, Laurie Weatherford, the Chapter 13 Trustee, and the U.S. Trustee, this 3rd day of July, 2014.

Dated:  July 3, 2014                              __/s/ Justin R. Infurna____
                                                                    Justin R. Infurna