IN THE UNITED STATED BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION


CASE NO.  6:14-bk-02843-ABB

IN RE:

POURIA BIDHENDI                          CHAPTER 13

     Debtor
_____/


**<u>MOTION TO WITHDRAW AS CO-COUNSEL FOR DEFENDANT</u>**

     COMES NOW the undersigned counsel and hereby files its Motion to Withdraw as Co-Counsel of record for the Debtor in the above captioned cause and states therefore the following

     1)     The undersigned counsel is no longer employed by the law firm of Archer Bay, PA.  The Debtor has retained substitute counsel as evidenced by the Motion to Set Aside Dismissal and Reinstate Chapter 13 Case filed by Justin R. Infurna, Esq. as attorney for this debtor.

     2)     Granting the relief sought herein will not in any way prejudice the debtor.

     3)     The undersigned is seeking an order directing any future communications or pleadings in this cause are to be served on Justin R. Infurna, Esq. as attorney for the Debtor, 69 east Pine Street, Orlando, FL 32801; justininfurna@alwaysavailablelawyer.com

     WHEREFORE, the undersigned counsel respectfully requests that this Court will enter an order permitting the undersigned to withdraw from providing any further legal

representation to the Debtor and granting any other such further relief this court may

deem just and appropriate.

/s/ *Dorothy V. Maier*

By: _____

DOROTHY V. MAIER, PA
Florida Bar # 338176
745 Tarrytown Trail
Port Orange, FL 32127
386-761-0951
Fax 386-682-3823
dmaier2@cfl.rr.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing has been electronically filed with

the United States Bankruptcy Court, Middle District of Florida and electronically served on the

following:  To all creditors and parties in interest as listed on the Court's Matrix, Laurie

Weatherford, The Chapter 13 Trustee, and the U. S. Trustee this 9th day of July, 2014.

/s/ *Dorothy V. Maier*

By: _____

DOROTHY V. MAIER