UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:                                                          CASE NO.: 6-14-bk-02843-ABB

POURIA BIDHENDI,

        Debtor,
_____/

**TRUSTEE'S AMENDED CONSENT TO DEBTOR'S AMENDED
MOTION TO SET ASIDE DISMISSAL AND REINSTATE CHAPTER 13 CASE**

COMES NOW, Laurie K. Weatherford, the Chapter 13 Trustee in the above captioned case, and consents to the entry of an Order Reinstating the above-styled case.

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by Electronic Notification and/or by United States mail, postage pre-paid to: Justin R. Infurna, Esq., 69 E. Pine Street, Orlando, FL 32801, this 14th day of July, 2014.

        /s/ Laurie K. Weatherford
        Laurie K. Weatherford, Trustee
        Fla. Bar No. 0604402
        Stuart Ferderer, Esq.
        Florida Bar No. 0746967
        Wayne Spivak, Esq.
        38191
        P.O. Box 3450
        Winter Park, FL 32790
        (407) 648-8841