UNITED STATES BANKRUPTCY COURT

MIDDLE DISTRICT OF FLORIDA

ORLANDO DIVISION

In Re: Case No 6: 14-bk-02843-ABB

Pouria Bidhendi

Debtor

_____/

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that The Infurna Law Firm, P.A. and Justin R. Infurna, Esquire, LL.M., hereby files this Notice of Appearance on behalf of POURIA BIDHENDI in the above styled cause. The undersigned requests that he be copied with all papers and pleadings filed in this proceeding.

## DESIGNATION OF EMAIL ADDRESS

The Infurna Law Firm, P.A. designates the following email addresses:

Primary Email Address: justininfurna@alwaysavailablelawyer.com
Secondary Email Address: justininfurna@gmail.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have electronically filed the foregoing with the Clerk of court via ECF filing system and have furnished a true and correct copy of the same via email to all parties of record

/s/ Justin R. Infurna

_____
Justin R. Infurna, Esquire, LLM
Florida Bar No.: 0084284
The Infurna Law Firm, P.A.
69 East Pine Street
Orlando, Florida 32801
Tel. (800) 774-1560
Fax (800) 774-1560