

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

# PRO MEMO

08/06/2014 01:30 PM

COURTROOM 6B, 6th Floor

HONORABLE ARTHUR BRISKMAN

| CASE NUMBER: | | FILING DATE: |
|---|---|---|
| 6:14-bk-02843-ABB | 13 | 03/13/2014 |

Chapter 13

**DEBTOR:** Pouria Bidhendi

**DEBTOR ATTY:** Justin Infurna

**TRUSTEE:** Laurie Weatherford

**HEARING:**

Motion to Withdraw as Co-Counsel for Debtor Filed by Dorothy V Maier (Doc #25)

**APPEARANCES:**:
Stuart Ferderer: Trustee; Dorothy Maier

**RULING:**
Motion to Withdraw as Co-Counsel for Debtor Filed by Dorothy V Maier   (Doc #25) -Granted; order by Maier.
Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). Orders not submitted by the time of closing will result in motions/objections/applications being denied as moot. This docket entry/document is not an official order of the Court.