UNITED STATES BANKRUPTCY COURT FOR THE
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NO.: 14-02843-ABB
CHAPTER 13 CASE

IN RE:

POURIA BIDHENDI

Debtor(s).
_____/

## OBJECTION TO
## CONFIRMATION OF PLAN

MOVANT, **WELLS FARGO BANK, N.A.**, a secured creditor, by and through its undersigned attorney, objects to confirmation of Debtor's plan and states as follows:

1. The Proof of Claim filed by Movant dated May 7, 2014, shows total arrearage due under its mortgage of $155,523.98 and the total debt of $456,187.95, and the regular post-petition monthly payments of $2,605.69.    Debtor's Plan fails to provide for full payment of that secured claim in violation of the requirements of §1325(a)(5).

2. Movant has not accepted the Plan.

WHEREFORE, Movant, WELLS FARGO BANK, N.A., files this objection to confirmation of plan and moves the Court to deny confirmation of said plan.

I HEREBY certify that a true and correct copy of the Objection to Confirmation of Plan  was delivered to the addressees on the attached mailing list by First Class U. S. Mail postage pre-paid and/or electronic mail this ____ day of _____, 2014.

Choice Legal Group, P.A.
P.O. Box 9908
Fort Lauderdale, FL 33310-0908
Telephone:  (954) 453-0365/1-800-441-2438
Facsimile:  (954) 689-3517
antonio.alonso@clegalgroup.com

By: _____
Antonio Alonso, Esq.
Bar Number: 50335

14-01214

**Mailing List for Bankruptcy Case No: 14-02843-ABB**

U.S. TRUSTEE
UNITED STATES TRUSTEE - ORL7/13, 7
OFFICE OF THE UNITED STATES TRUSTEE
GEORGE C YOUNG FEDERAL BUILDING
400 WEST WASHINGTON STREET, SUITE 1100
ORLANDO, FL 32801

LAURIE K. WEATHERFORD, TRUSTEE
POST OFFICE BOX #3450
WINTER PARK, FL 327903450

POURIA BIDHENDI
1012 MARABON AVENUE
ORLANDO FL 32806

MICHAEL J DAVIS, ESQ.
ARCHER BAY
2639 DR MARTIN LUTHER KING JR STREET N
SAINT PETERSBURG FL 337040000

14-01214