IN THE UNITED STATED BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NO. 6:14-bk-02843-ABB

IN RE:

POURIA BIDHENDI                                              CHAPTER 13
          Debtor
_____/

### ORDER GRANTING MOTION TO WITHDRAW AS CO-COUNSEL FOR DEBTOR

THIS CAUSE came on for hearing on August 6, 2014 on the Motion to Withdraw as Co-Counsel for Debtor filed by Dorothy V. Maier, Esq. The court being fully informed in the premises, finds that the Motion to Withdraw as Co-Counsel for the Debtor (Doc. No. 25) has merit and should be granted and Dorothy V. Maier should be relieved from any further responsibility to provide legal representation to the debtor. Accordingly, it is

ORDERED AND ADJUDGED AS FOLLOWS:

1. The Motion to Withdraw as Co-Counsel for the Debtor is hereby GRANTED.

2. Any future pleadings or other communications pertaining to the Debtor and related to this case should be directed to Justin R. Infurna, Esq. as attorney for the Debtor.

3. Dorothy V. Maier is hereby relieved from any further responsibility to provide legal representation to the debtor.

DONE and ORDERED in Orlando, Florida, this 12th day of August, 2014

ARTHUR B. BRISKMAN
United States Bankruptcy Judge

**Copies furnished to: Dorothy V. Maier, Esquire , is directed to serve a copy of this order on interested parties and file a proof of service within three (3) days of the entry of the order**