UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:                                              CASE NO.: 6-14-bk-02843-ABB

POURIA BIDHENDI,

      Debtor(s).
_____/

TRUSTEE'S MOTION TO DISMISS CASE FOR
FAILURE TO FILE A FEASBILE CHAPTER 13 PLAN

COMES NOW, Laurie K. Weatherford, the Chapter 13 Trustee, and files her Motion to Dismiss as the Chapter 13 Plan filed with the Court is not feasible, and as grounds states as follows:

1. That the Voluntary Petition in this case was filed on March 13, 2014.

2. The Confirmation hearing in this matter is scheduled for September 10, 2014 at 10:10 a.m.

3. The Chapter 13 Plan as filed is not feasible for the following reasons:

    a. The Debtor is delinquent in plan payments through August 12, 2014 in the amount of $2,387.00.

    b. The Secured portion of Claim 1, filed by AEL Financial, in the amount of $48,867.84 is not provide for in the Chapter 13 Plan.

    c. The Priority portion of Claim 2, filed by the Internal Revenue Service, in the amount of $22,000.00 is not provided for in the Chapter 13 Plan.

    d. The Chapter 13 Plan provides for the regular mortgage payments owing to Wells Fargo to be paid outside of the plan; however, Claim Number 3 filed by the mortgage creditor, lists a secured arrearage owing in the amount of

$155,523.98. The Court does not allow the payment of secured debt outside of the plan when there are secured arrearages owing. In addition, Counsel for the mortgage creditor has advised that the Debtor has not made any mortgage payments directly to this creditor since the filing of the petition, and in fact has not made a mortgage payment since 2009.

e. The Priority portion of Claim 4, filed by the Florida Department of Revenue, in the amount of $17,273.81 is not provided for in the Chapter 13 Plan.

5. That unless all of the above issues are resolved, this case should be dismissed.

6. A hearing on this matter would take five (5) minutes and should be heard in connection with the Confirmation hearing scheduled for September 10, 2014 at 10:10 a.m.

WHEREFORE, the Trustee moves this Court to dismiss this case and for any such other relief as is just and proper.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by Electronic Notification and/or by United States mail, postage pre-paid, to All Creditors and Parties in Interest as listed on the attached Court mailing matrix, this 26th day of August, 2014.

/s/ Laurie K. Weatherford
Laurie K. Weatherford, Trustee
Stuart Ferderer, Esq.
Fla. Bar No. 0746967
P.O. Box 3450
Winter Park, FL 32790
(407) 648-8841

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113A-6<br>Case 6:14-bk-02843-ABB<br>Middle District of Florida<br>Orlando<br>Tue Aug 26 08:55:34 EDT 2014 | Pouria Bidhendi<br>1012 Marabon Avenue<br>Orlando, FL 32806-1808 | Wells Fargo Bank NA<br>Choice Legal Group, PA<br>1800 NW 49th Street Suite 120<br>Fort Lauderdale, FL 33309-3092 |
| AEL Financial -<br>600 N. Buffalo Grove Rd.<br>Buffalo Grove, IL 60089-2424 | Citifinancial<br>605 Munn Rd.<br>S Care Dept.<br>Fort Mill, SC 29715-8421 | Dyck O'Neal Inc.<br>15301 Spectrum Dr.<br>Addison, TX 75001-6436 |
| Florida Department of Revenue -<br>Bankruptcy Unit<br>Post Office Box 6668<br>Tallahassee FL 32314-6668 | Internal Revenue Service -<br>PO 7346<br>Philadelphia, PA 19101-7346 | Internal Revenue Service<br>Post Office Box 7346<br>Philadelphia PA 19101-7346 |
| Nissan Infinity Lt<br>PO Box 660366<br>Dallas, TX 75266-0366 | Orange County Tax Collector<br>Attn: Earl K. Wood<br>Post Office Box 2551<br>Orlando FL 32802-2551 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 |
| Preferred Collection<br>1000 N. Ashley Dr.<br>St. 1600<br>Tampa, FL 33602-3716 | Safe Home Security<br>58 Sebethe Dr.<br>Cromwell, CT 06416 | Strategic Recovery<br>7668 Warren Pkwy<br>St. 325<br>Frisco, TX 75034-4161 |
| Wells Fargo Bank -<br>PO Box 10335<br>Des Moines, IA 50306-0335 | Laurie K Weatherford +<br>Post Office Box 3450<br>Winter Park, FL 32790-3450 | United States Trustee - ORL7/13 7 +<br>Office of the United States Trustee<br>George C Young Federal Building<br>400 West Washington Street, Suite 1100<br>Orlando, FL 32801-2210 |
| Dorothy V Maier +<br>Archer Bay, P.A.<br>12249 Science Drive, Suite 130<br>Orlando, FL 32826-2935 | Antonio Alonso +<br>Choice Legal Group, PA<br>PO Box 9908<br>Fort Lauderdale, FL 33310-0908 | Justin R Infurna +<br>Justn R. Infurna, Esq., LLM<br>69 East Pine Street<br>Orlando, FL 32801-2617 |
| Michael J Davis +<br>Darling Milligan Smith & Lesch<br>1331 17th Street, Suite 800<br>Denver, CO 80202-1596 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Portfolio Recovery
120 Corporate Blvd.
Norfolk, VA 23502

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Arthur B. Briskman
Orlando

(u)Dorothy Maier
Archer Bay, PA
12249 Science Drive, Suite 130
Orlando

(u)Note: Entries with a '+' at the end of the
name have an email address on file in CMECF
--------------------------------------------
Note: Entries with a '-' at the end of the
name have filed a claim in this case

End of Label Matrix
Mailable recipients    21
Bypassed recipients     3
Total                  24