**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**


 **In Re:**                                    **Case No 6: 14-bk-02843-**
**ABB**

    **Pouria Bidhendi ,**                       **Chapter 13**


        **Debtor**

_____/         .


      NOW COMES the Debtor, Pouria Bidhendi, through his undersigned counsel and withdraws his Objection to Claim (DOC 43) in its entirety.

                    The Infurna Law Firm P.A.


DATED:  September 3, 2014          _/s/ Justin R. Infurna_____
                             Justin R. Infurna, Esq LLM
                             Attorney for Debtor
                             Fl. Bar No. 0084284
                             69 East Pine St.
                             Orlando, FL 32801
                             Ph. 800-774-1560
                             Fax. 800-774-1560

justininfurna@alwaysavailablelawyer.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was furnished by electronic transmission and/or United States mail postage pre-paid, as to all interested parties of record.

Dated: September 3, 2014                          __/s/ Justin R. Infurna____

                                                            Justin R. Infurna