UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In Re:                                                      Case No 6: 14-bk-02843-ABB

    Pouria Bidhendi ,                             Chapter 13

           Debtor

_____/   .

OBJECTION TO SECURED PORTION OF
CLAIM NUMBER ONE BY AEL FINANCIAL

NOTICE OF OPPORTUNITY TO OBJECT AND FOR HEARING

**Pursuant to Local Rule 2002-4, the Court will consider this motion, objection, or other matter without further notice or hearing unless a party in interest files an objection within 21 days from the date this paper is entered on the docket. If you object to the relief requested in this paper, you must file your objection with the Clerk of the Court at George C. Young Federal Courthouse, 400 W. Washington Street, Orlando, FL 32801 and serve a copy on the movant's attorney, Justin R. Infurna,  69 East Pine Street Orlando, Fl. 32801.  If you file and serve an objection within the time permitted, the Court may schedule a hearing and you will be notified. If you do not file an objection within the time permitted, the Court will consider that you do not oppose the granting of the relief requested in the paper, will proceed to consider the paper without further notice or hearing, and may grant the relief requested.**

      **COMES NOW**  the Debtor, Pouria Bidhendi, through undersigned counsel, and objects to the secured portion of the Claim No. One (1) of AEL Financial in the amount of $48,867.84.  Such portion of the debt should be unsecured.

The Debtor has never owned the equipment claimed a security, but was merely a guarantor on a company equipment lease.  Moreover, on information and belief, the equipment claimed as security has all been repossessed and is not in the possession of the Debtor.

.

                                                The Infurna Law Firm P.A.

DATED:  September 2, 2014         /s/ Justin R. Infurna_____
                                                Justin R. Infurna, Esq LLM
                                                Attorney for Debtor
                                                Fl. Bar No. 0084284
                                                69 East Pine St.
                                                Orlando, FL 32801
                                                Ph. 800-774-1560
                                                Fax. 800-774-1560

justininfurna@alwaysavailablelawyer.com


## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the foregoing was furnished by electronic transmission and/or United States mail postage pre-paid, as to All interested parties of record, including the Chapter 13 Trustee, the U.S. Trustee, and AEL Financial, 600 N. Buffalo Grove Rd., Buffalo Grove, IL 60069.

Dated: September 2, 2014                             __/s/ Justin R. Infurna____

                                                                                                  Justin R. Infurna