UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In Re:                                                                    Case No 6: 14-bk-02843-ABB

   Pouria Bidhendi ,                                             Chapter 13


             Debtor

_____/     .


OBJECTION TO CLAIM NUMBER FOUR
BY FLORIDA DEPT. OF REVENUE

NOTICE OF OPPORTUNITY TO OBJECT AND FOR HEARING

**Pursuant to Local Rule 2002-4, the Court will consider this motion, objection, or other matter without further notice or hearing unless a party in interest files an objection within 21 days from the date this paper is entered on the docket. If you object to the relief requested in this paper, you must file your objection with the Clerk of the Court at George C. Young Federal Courthouse, 400 W. Washington Street, Orlando, FL 32801 and serve a copy on the movant's attorney, Justin R. Infurna, 69 East Pine Street Orlando, Fl. 32801.  If you file and serve an objection within the time permitted, the Court may schedule a hearing and you will be notified. If you do not file an objection within the time permitted, the Court will consider that you do not oppose the granting of the relief requested in the paper, will proceed to consider the paper without further notice or hearing, and may grant the relief requested.**


**COMES NOW** the Debtor, Pouria Bidhendi, through undersigned counsel, and objects to Claim No. Four (4) of the Florida Dept. of Revenue in the amount of $35,547.82 for sales and use tax.

The tax is primary to Debtor's business, and, on information and belief, was imposed upon Debtor as the operating officer of the company.

The Debtor believes that little or no sales and use tax is owing, and will be filing returns or amended returns on behalf of his company which will show that little or no sales and use tax is owing.

.

                                                           The Infurna Law Firm P.A.

DATED: September 2, 2014          /s/ Justin R. Infurna_____
                                                   Justin R. Infurna, Esq LLM
                                                   Attorney for Debtor
                                                   Fl. Bar No. 0084284
                                                 Fl. Bar No. 0084284
                                                 69 East Pine St.
                                                 Orlando, FL 32801
                                                 Ph. 800-774-1560
                                                 Fax. 800-774-1560

justininfurna@alwaysavailablelawyer.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was furnished by electronic transmission and/or United States mail postage pre-paid, as to All interested parties of record, including the Chapter 13 Trustee, the U.S. Trustee, and Florida Dept. of Revenue, Bankruptcy Unit, PO Box 6668, Tallahassee, FL 32314-6668.

Dated: September 2, 2014                                        /s/ Justin R. Infurna

                                                                Justin R. Infurna