**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

In Re:                                                                                    Case No 6: 14-bk-02843-ABB

    **Pouria Bidhendi**

                                                                                              **Chapter 13**

        **Debtor**

_____/

_____**Chapter 13 Plan**          \_\_\_**2nd Amended Chapter 13 Plan**

      **COMES NOW** the Debtor and files this Amended Chapter 13 Plan. The projected disposable income of the Debtor is submitted to the supervision and control of the Chapter 13 Standing Trustee, and the Debtor shall pay the following sums to the Chapter 13 Standing Trustee:

**PLAN PAYMENTS**

| Payment number by Months | Amount of Monthly Plan Payment |
|---|---|
| 1 -5 | $2,387.00 |
| 6-59 | $6,510.00 |

      The Debtor shall pay by money order, cashiers check or wage deduction, to Laurie K. Weatherford, Chapter 13 Standing Trustee, P.O. Box 1103, Memphis, Tennessee 38101-1103. The Debtor's name and case number must be indicated clearly thereon and received by the due dates for payments established by court order.

## PAYMENTS OF CLAIMS THROUGH THE PLAN

**Attorney Fees**

| Attorney Name | Claim Amount | Payment Amount | Payment Month Numbers |
|---|---|---|---|
| Michael J. Davis | 2,000.00 | 1,000.00 | 1-2 |

**Other Priority Claims**

The fees and expenses of the Trustee shall be paid over the life of the Plan at the rate allowed as governed by the guidelines of the United States Trustee (10% of total plan payment)

| Name of Creditor | Claim Amount | Payment Amount | Payment Month Numbers |
|---|---|---|---|
| Internal Revenue Service | 11,242.00 | 216.20 | 8-59 |

**Secured Claims**   To include on-going payments continuing beyond the term of the Plan pursuant to applicable Note and Mortgage, auto payments, secured tax claims, PMSI payments

| Name of Creditor | Claim Amount | Payment Amount | Payment Month Numbers |
|---|---|---|---|
| Wells Fargo | 456,187.95 | 2,243.78 | 1-5 |
|  |  | 2,605.27 | 6-59 |

**Secured Arrearages:**

| Name of Creditor | Claim Amount | Payment Amount | Payment Month Numbers |
|---|---|---|---|

| Wells Fargo | 155,523.95 | 403.84   | 6    |
|             |            | 2,211.79 | 7    |
|             |            | 2,885.79 | 8-58 |

**Post-Petition Arrearages**

| Name of Creditor | Claim Amount | Payment Amount | Payment Month Numbers |
|---|---|---|---|
| Wells Fargo | 1,807.95 | 1807.95 | 6 |

**Property to be Surrendered:  (Creditors have 90 days from confirmation to file any deficiency claims; otherwise, the property is deemed to have been surrendered in full satisfaction of the debt owing.  The Stay is lifted to any secured creditor whose propery is being surrendered upon confirmation.**

**Creditor Name:**                                                                 **Property Address:**

N.A.

**Valuation of Claims/Mortgages to be Valued/StrippedSecurity:**

| Name of Creditor | Claim Amount | Payment Amount | Payment Month Numbers |
|---|---|---|---|

N.A.

**(motion to value must be filed consistent with plan treatment)**

**Executory Contracts:**

**The following Executory Contracts are assumed:**

**Name of Creditor:**          **Description of Collateral**          **Month Numbers**

N.A.

**The following Executory Contracts are rejected:**

**Name of Creditor:**          **Description of Collateral_____**

N.A.

**Unsecured Creditors:** whose claims ae allowed shall receive a pro rata share of the balance of the funds remaining after payment to Priority and Secured Creditors are made. Approximate percentage: __**10%**__.

Property of the Estate revests in the Debtor upon confirmation of the plan, OR upon completion of all plan payments and the discharge of the Debtor.

**REGARDING INCOME TAX REFUNDS INCOME TAX RTURNS, AND/OR INCREASED INCOME:**

The Debtor(s) are required to turn over any and all income tax refunds to the Chapter 13 Standing Trustee, as Debtor's Plan pays a 100% dividend to unsecured creditors.

The Debtor(s) are required to provide the Chapter 13 Trustee with copies of all income tax returns filed each year and for the duration of this case.

                            The Infurna Law Firm PA

                            By:_/S/_Justin R. Infurna_____
                            **Justin R. Infurna, Esq LLM**
                            Attorney for Debtor
                            Fl. Bar No. 0084284
                            69 East Pine St.
                            Orlando, FL 32801
                            Ph. 800-774-1560
                            Fax. 800-774-1560
                            justininfurna@alwaysavailablelawyer.com

**CERTIFICATE OF SERVICE**

     I hereby certify that a true and correct copy of the Chapter 13 Plan of Debtor was furnished by United States ail postage pre-paid, as to All Creditors and Parties in Interest as listed on the Court's Matrix as attached, this 3rd day of September, 2014.

Dated:_September 3, 2014                                       _/s/ Justin R.
Infurna____
                                                                      Justin R. Infurna