UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In Re:                                             Case No 6: 14-bk-02843-ABB

    Pouria Bidhendi ,                          Chapter 13

        Debtor

_____/        .

AMENDED OBJECTION TO CLAIM NUMBER 2
BY INTERNAL REVENUE SERVICE

NOTICE OF OPPORTUNITY TO OBJECT AND FOR HEARING

**Pursuant to Local Rule 2002-4, the Court will consider this motion, objection, or other matter without further notice or hearing unless a party in interest files an objection within 21 days from the date this paper is entered on the docket. If you object to the relief requested in this paper, you must file your objection with the Clerk of the Court at George C. Young Federal Courthouse, 400 W. Washington Street, Orlando, FL 32801 and serve a copy on the movant's attorney, Justin R. Infurna,  69 East Pine Street Orlando, Fl. 32801.  If you file and serve an objection within the time permitted, the Court may schedule a hearing and you will be notified. If you do not file an objection within the time permitted, the Court will consider that you do not oppose the granting of the relief requested in the paper, will proceed to consider the paper without further notice or hearing, and may grant the relief requested.**

      **COMES NOW**  the Debtor, Pouria Bidhendi, through undersigned counsel, and objects to Claim No. 2 of the Internal Revenue Service in the amount of $148,804.00 and to the priority amount of $22,000.00.

      Such claim was based upon unfiled income taxes for 2011, 2012, and 2013. Debtor

has now filed all such tax returns, and there is a total of $11,242.00 owing for the three years,

all of which constitute a priority claim.

                                                                                 The Infurna Law Firm P.A.

DATED:  September 6, 2014                                        /s/ Justin R. Infurna_____
                                                                                 Justin R. Infurna, Esq LLM
                                                                                 Attorney for Debtor
                                                                                 Fl. Bar No. 0084284
                                                                                 69 East Pine St.
                                                                                 Orlando, FL 32801
                                                                                 Ph. 800-774-1560
                                                                                 Fax. 800-774-1560

justininfurna@alwaysavailablelawyer.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on September 6, 2014,  a true and correct copy of the foregoing was furnished by electronic transmission and/or United States mail postage pre-paid, as to All interested parties of record, including the Chapter 13 Trustee, the U.S. Trustee, and the Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346

Dated: September 6, , 2014                                                      /s/ Justin R. Infurna\_\_\_\_
                                                                                 Justin R. Infurna