UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:

POURIA BIDHENDI

       Debtor.

_____ /

Case No.: 3:14-bk-02843-ABB
Chapter 13

## JOINT STIPULATION FOR WITHDRAWAL
## AND SUBSTITUTION OF COUNSEL

SCOTT W. SPRADLEY of the LAW OFFICES OF SCOTT W. SPRADLEY, P.A. and

JUSTIN R. INFURNA of the INFURNA LAW FIRM, P.A., file this, their joint Stipulation to

allow the withdrawal of JUSTIN R. INFURNA as counsel for the Debtor, POURIA BIDHENDI,

and to allow the substitution of SCOTT W. SPRADLEY, as counsel for the Debtor, and would

represent to the Court that such withdrawal and substitution is agreeable to both firms and to the

Debtor.

/s/ Justin R. Infurna
Justin R. Infurna
Fla. Bar # 0084284
The Infurna Law Firm, P.A.
69 East Pine Street
Orlando, Florida 32801
Email: justininfurna@
alwaysavailablelawyer.com

/s/ Scott W. Spradley
Scott W. Spradley
Fla. Bar #782467
Law Offices of Scott W. Spradley, P.A.
109 South 5th Street
P.O. Box 1
Flagler Beach, FL 32136
Tel: 386/693-4935
Fax: 386/693-4937
scott.spradley@flaglerbeachlaw.com

POURIA BIDHENDI