UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:

                                                                            Case No. 6:14-bk-02843-ABB

POURIA BIDHENDI                                   Chapter 13

              Debtor,
_____/

## RESPONSE TO MOTION TO DISMISS FOR FAILURE TO MAINTAIN TIMELY PLAN PAYMENTS

**THE DEBTOR**, POURIA BIDHENDI ("the Debtor"), by and through his undersigned counsel, files this, his response to the Trustee's Motion to Dismiss for Failure to Maintain Timely Plan Payments ("Motion to Dismiss") (Doc. No. 55), and would show:

1.      The Debtor is a debtor before the Court with respect to this confirmed plan.

2.      The Debtor was temporarily delinquent on his Plan payments but expects to be caught up on or soon after the date of the Response. The Debtor requests a hearing on the Motion to ascertain whether he remains delinquent and if so, the amount of such delinquency.

**WHEREFORE**, for the foregoing reasons, POURIA BIDHENDI, respectfully requests that the Motion to Dismiss be denied after a hearing; and for any and such other and further relief as this Court deems just and equitable.

                                               */s/ Scott W. Spradley*
                                               Scott W. Spradley
                                               Fla. Bar #782467
                                               Law Offices of Scott W. Spradley, P.A.
                                               109 South 5th Street
                                               P.O. Box 1
                                               Flagler Beach, FL 32136
                                               Tel: 386/693-4935
                                               Fax: 386/693-4937
                                               scott.spradley@flaglerbeachlaw.com
                                               Attorneys for the Debtors

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 19, 2014, the following parties were served by U.S. first class mail, postage prepaid, or by electronic mail:

Laurie K. Weatherford
Post Office Box 3450
Winter Park, FL 32790

                                               */s/ Scott W. Spradley*
                                               Scott W. Spradley