UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:

POURIA BIDHENDI

Case No.: 6:14-bk-02843-ABB
Chapter 13

Debtor.
_____/

**ORDER SUSTAINING OBJECTION TO CLAIM NUMBER ONE OF AEL FINANCIAL**

This case came on for consideration of the Objection to Secured Portion of Claim Number One by AEL Financial (Doc. No. 46). ("the Objection"). The file reflects that the Objection was filed utilizing the negative notice procedure authorized by Local Rule 2002-4. The file further reflects that no response was filed to the Objection within the time provided by Local Rule 2002-4, or thereafter. Consequently, it is appropriate to sustain the Objection. Accordingly, it is:

ORDERED:

1. The Objection is SUSTAINED.

2. Claim Number One of AEL Financial is deemed unsecured without further order of the Court.

DONE and ORDERED in Orlando, Florida, this 11th day of December, 2014

_____
Arthur B. Briskman
United States Bankruptcy Judge

Attorney Scott W. Spradley is directed to serve a copy of this order on interested parties and file a proof of service within 3 days of entry of the order.