UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:

                                                   Case No.: 3:14-bk-02843-ABB

POURIA BIDHENDI                             Chapter 13

       Debtor.
_____/

## MOTION TO MODIFY CONFIRMED CHAPTER 13 PLAN

---

**NOTICE OF OPPORTUNITY TO
OBJECT AND REQUEST FOR HEARING**

Pursuant to Local Rule 2002-4, the Court will consider this motion without further notice or hearing unless a party in interest files an objection within 21 days from the date set forth on the proof of service attached to this paper. If you object to the relief requested in this paper, you must file your objection with the Clerk of the Court at 400 West Washington Street, Suite 5100, Orlando, FL   32801 and serve a copy on the movant's attorney, Scott W. Spradley, 109 South 5th Street, P. O. Box 1, Flagler Beach, FL 32136-0001.

If you file and serve an objection within the time permitted, the Court may schedule and notify you of a hearing, or the Court may consider the objection and may grant or deny the relief requested without a hearing. If you do not file an objection within the time permitted, the Court will consider that you do not oppose the relief requested in the paper, will proceed to consider the paper without further notice or hearing, and may grant the relief requested.

---

      The Debtor, POURIA BIDHENDI (the "Debtor"), by and through his undersigned counsel, requests entry of an Order modifying his confirmed Chapter 13 Plan, as follows:

            1.      The Debtor filed this Chapter 13 case in an attempt to retain his primary residence and to restructure his remaining debt. Ultimately, the case was confirmed on September 10, 2010.

            2.      The Debtor would like to modify the confirmed plan in order to provide for full payment of accrued post confirmation arrearage.   A spreadsheet providing

for the modified plan payments, is attached hereto.

3.    Modification on the terms proposed by the Debtor meets the requirements of Sections 1322(a); 1322(b); 1323(c); 1325(a); and 1329. Moreover, modification on the proposed terms does not decrease distributions made to any class of creditor.

**WHEREFORE**, Debtor requests the entry of an Order granting this Motion and allowing him to modify the confirmed plan on the terms stated herein, and for any and such other relief as this Court deems just and equitable.

*/s/ Scott W. Spradley*
Scott W. Spradley
Fla. Bar #782467
Law Offices of Scott W. Spradley, P.A.
109 South 5th Street
P.O. Box 1
Flagler Beach, FL 32136
Tel: 386/693-4935
Fax: 386/693-4937
scott.spradley@flaglerbeachlaw.com
Attorneys for the Debtor

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a true and correct copy of the foregoing Motion and attached spreadsheet is being served upon the following parties and on the attached mailing matrix from this date, by United States Regular Mail, postage prepaid, or by *CM/ECF* electronic transmission, as may be applicable, on December 17, 2014.

Chapter 13 Standing Trustee, Laurie K. Weatherford, Post Office Box 3450, Winter Park, Florida 32790-3450

                                       */s/ Scott W. Spradley*
                                       Scott W. Spradley

| DUE DATE | | 14-2843 B | | BIDHENDI | | | | | FLA DEPT | WELLS FARGO | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **12th** | | 4/1/2014 | | | 6.0% | | | | REVENUE | | | | | | |
| | | Unsecured | | Debtor Pmt | Tee Fee | | | ATTY | | | | | | ARR | |
| | 60 | | 60 | | | | | | | | | | | | |
| 4/1/2014 | 1 | $0.00 | | $2,387.00 | $143.22 | | | | 1 at OBJ. | $2,243.78 | | | | | |
| 5/1/2014 | 2 | $0.00 | | $2,387.00 | $143.22 | | | | 1 at TO CLAIM | $2,243.78 | | | | | |
| 6/1/2014 | 3 | $0.00 | | $2,387.00 | $143.22 | | | | 1 at NEEDS TO | $2,243.78 | | | | | |
| 7/1/2014 | 4 | $0.00 | | $2,387.00 | $143.22 | | | | 1 at BE FILED | $2,243.78 | | | | | |
| 8/1/2014 | 5 | $0.00 | 5 at | **$2,387.00** | $143.22 | 5 at | | | 5 at | **$2,243.78** | | | | 5 at | |
| 9/1/2014 | 6 | $0.00 | | $5,151.00 | $309.06 | 1 at | $428.62 | | | $2,605.37 | 6 at | | | 1 at | |
| 10/1/2014 | 7 | $0.00 | | $5,151.00 | $309.06 | 1 at | $1,571.38 | | | $2,605.37 | 1 at | $665.19 | | | |
| 11/1/2014 | 8 | $0.00 | | $5,151.00 | $309.06 | | | | | $2,605.37 | | $2,020.37 | | | |
| 12/1/2014 | 9 | $0.00 | 4 at | **$5,151.00** | $309.06 | | | | | $2,605.37 | 2 at | **$2,020.37** | | | |
| 1/1/2015 | 10 | $339.83 | | $6,510.00 | $390.60 | | | | | $2,605.37 | | $2,958.00 | | | |
| 2/1/2015 | 11 | $339.83 | | $6,510.00 | $390.60 | | | | | $2,605.37 | | $2,958.00 | | | |
| 3/1/2015 | 12 | $339.83 | | $6,510.00 | $390.60 | | | | | $2,605.37 | | $2,958.00 | | | |
| 4/1/2015 | 13 | $339.83 | | $6,510.00 | $390.60 | | | | | $2,605.37 | | $2,958.00 | | | |
| 5/1/2015 | 14 | $339.83 | | $6,510.00 | $390.60 | | | | | $2,605.37 | | $2,958.00 | | | |
| 6/1/2015 | 15 | $339.83 | | $6,510.00 | $390.60 | | | | | $2,605.37 | | $2,958.00 | | | |
| 7/1/2015 | 16 | $339.83 | | $6,510.00 | $390.60 | | | | | $2,605.37 | | $2,958.00 | | | |
| 8/1/2015 | 17 | $339.83 | | $6,510.00 | $390.60 | | | | | $2,605.37 | | $2,958.00 | | | |
| 9/1/2015 | 18 | $339.83 | | $6,510.00 | $390.60 | | | | | $2,605.37 | | $2,958.00 | | | |
| 10/1/2015 | 19 | $339.83 | | $6,510.00 | $390.60 | | | | | $2,605.37 | | $2,958.00 | | | |
| 11/1/2015 | 20 | $339.83 | | $6,510.00 | $390.60 | | | | | $2,605.37 | | $2,958.00 | | | |
| 12/1/2015 | 21 | $339.83 | | $6,510.00 | $390.60 | | | | | $2,605.37 | | $2,958.00 | | | |
| 1/1/2016 | 22 | $339.83 | | $6,510.00 | $390.60 | | | | | $2,605.37 | | $2,958.00 | | | |
| 2/1/2016 | 23 | $339.83 | | $6,510.00 | $390.60 | | | | | $2,605.37 | | $2,958.00 | | | |
| 3/1/2016 | 24 | $339.83 | | $6,510.00 | $390.60 | | | | | $2,605.37 | | $2,958.00 | | | |
| 4/1/2016 | 25 | $339.83 | | $6,510.00 | $390.60 | | | | | $2,605.37 | | $2,958.00 | | | |
| 5/1/2016 | 26 | $339.83 | | $6,510.00 | $390.60 | | | | | $2,605.37 | | $2,958.00 | | | |
| 6/1/2016 | 27 | $339.83 | | $6,510.00 | $390.60 | | | | | $2,605.37 | | $2,958.00 | | | |
| 7/1/2016 | 28 | $339.83 | | $6,510.00 | $390.60 | | | | | $2,605.37 | | $2,958.00 | | | |
| 8/1/2016 | 29 | $339.83 | | $6,510.00 | $390.60 | | | | | $2,605.37 | | $2,958.00 | | | |
| 9/1/2016 | 30 | $339.83 | | $6,510.00 | $390.60 | | | | | $2,605.37 | | $2,958.00 | | | |
| 10/1/2016 | 31 | $339.83 | | $6,510.00 | $390.60 | | | | | $2,605.37 | | $2,958.00 | | | |
| 11/1/2016 | 32 | $339.83 | | $6,510.00 | $390.60 | | | | | $2,605.37 | | $2,958.00 | | | |
| 12/1/2016 | 33 | $339.83 | | $6,510.00 | $390.60 | | | | | $2,605.37 | | $2,958.00 | | | |
| 1/1/2017 | 34 | $339.83 | | $6,510.00 | $390.60 | | | | | $2,605.37 | | $2,958.00 | | | |
| 2/1/2017 | 35 | $339.83 | | $6,510.00 | $390.60 | | | | | $2,605.37 | | $2,958.00 | | | |
| 3/1/2017 | 36 | $339.83 | | $6,510.00 | $390.60 | | | | | $2,605.37 | | $2,958.00 | | | |
| 4/1/2017 | 37 | $339.83 | | $6,510.00 | $390.60 | | | | | $2,605.37 | | $2,958.00 | | | |
| 5/1/2017 | 38 | $339.83 | | $6,510.00 | $390.60 | | | | | $2,605.37 | | $2,958.00 | | | |
| 6/1/2017 | 39 | $339.83 | | $6,510.00 | $390.60 | | | | | $2,605.37 | | $2,958.00 | | | |
| 7/1/2017 | 40 | $339.83 | | $6,510.00 | $390.60 | | | | | $2,605.37 | | $2,958.00 | | | |
| 8/1/2017 | 41 | $339.83 | | $6,510.00 | $390.60 | | | | | $2,605.37 | | $2,958.00 | | | |
| 9/1/2017 | 42 | $339.83 | | $6,510.00 | $390.60 | | | | | $2,605.37 | | $2,958.00 | | | |
| 10/1/2017 | 43 | $339.83 | | $6,510.00 | $390.60 | | | | | $2,605.37 | | $2,958.00 | | | |
| 11/1/2017 | 44 | $339.83 | | $6,510.00 | $390.60 | | | | | $2,605.37 | | $2,958.00 | | | |
| 12/1/2017 | 45 | $339.83 | | $6,510.00 | $390.60 | | | | | $2,605.37 | | $2,958.00 | | | |
| 1/1/2018 | 46 | $339.83 | | $6,510.00 | $390.60 | | | | | $2,605.37 | | $2,958.00 | | | |
| 2/1/2018 | 47 | $339.83 | | $6,510.00 | $390.60 | | | | | $2,605.37 | | $2,958.00 | | | |
| 3/1/2018 | 48 | $339.83 | | $6,510.00 | $390.60 | | | | | $2,605.37 | | $2,958.00 | | | |
| 4/1/2018 | 49 | $339.83 | | $6,510.00 | $390.60 | | | | | $2,605.37 | | $2,958.00 | | | |
| 5/1/2018 | 50 | $339.83 | | $6,510.00 | $390.60 | | | | | $2,605.37 | | $2,958.00 | | | |
| 6/1/2018 | 51 | $339.83 | | $6,510.00 | $390.60 | | | | | $2,605.37 | | $2,958.00 | | | |
| 7/1/2018 | 52 | $339.83 | | $6,510.00 | $390.60 | | | | | $2,605.37 | | $2,958.00 | | | |
| 8/1/2018 | 53 | $339.83 | | $6,510.00 | $390.60 | | | | | $2,605.37 | | $2,958.00 | | | |
| 9/1/2018 | 54 | $339.83 | | $6,510.00 | $390.60 | | | | | $2,605.37 | | $2,958.00 | | | |
| 10/1/2018 | 55 | $339.83 | | $6,510.00 | $390.60 | | | | | $2,605.37 | | $2,958.00 | | | |
| 11/1/2018 | 56 | $339.83 | | $6,510.00 | $390.60 | | | | | $2,605.37 | | $2,958.00 | | | |
| 12/1/2018 | 57 | $339.83 | | $6,510.00 | $390.60 | | | | | $2,605.37 | | $2,958.00 | | | |
| 1/1/2019 | 58 | $339.83 | | $6,510.00 | $390.60 | | | | | $2,605.37 | | $2,958.00 | | | |
| 2/1/2019 | 59 | $339.83 | | $6,510.00 | $390.60 | | | | | $2,605.37 | 50 at | **$2,958.00** | | | |
| 3/1/2019 | 60 | $379.78 | 51 at | **$6,510.00** | $390.60 | | | | 55 at | **$2,605.37** | 1 at | **$2,918.05** | | | |
| | | $17,371.28 | | $364,549.00 | $21,872.94 | | $2,000.00 | | | $154,514.25 | | $155,523.98 | | | |
| | | $157,600.85 | | | | | $2,000.00 | | 17273.81 | $156,322.20 | | 155523.98 | | | |
| | | 11% | | | | | | | | | | | | | |

| DUE DATE 12th | | POST PET ARR |
|---|---|---|
| | 60 | |
| 4/1/2014 | 1 | |
| 5/1/2014 | 2 | |
| 6/1/2014 | 3 | |
| 7/1/2014 | 4 | |
| 8/1/2014 | 5 | |
| 9/1/2014 | 6 | $1,807.95 |
| 10/1/2014 | 7 | |
| 11/1/2014 | 8 | |
| 12/1/2014 | 9 | |
| 1/1/2015 | 10 | |
| 2/1/2015 | 11 | |
| 3/1/2015 | 12 | |
| 4/1/2015 | 13 | |
| 5/1/2015 | 14 | |
| 6/1/2015 | 15 | |
| 7/1/2015 | 16 | |
| 8/1/2015 | 17 | |
| 9/1/2015 | 18 | |
| 10/1/2015 | 19 | |
| 11/1/2015 | 20 | |
| 12/1/2015 | 21 | |
| 1/1/2016 | 22 | |
| 2/1/2016 | 23 | |
| 3/1/2016 | 24 | |
| 4/1/2016 | 25 | |
| 5/1/2016 | 26 | |
| 6/1/2016 | 27 | |
| 7/1/2016 | 28 | |
| 8/1/2016 | 29 | |
| 9/1/2016 | 30 | |
| 10/1/2016 | 31 | |
| 11/1/2016 | 32 | |
| 12/1/2016 | 33 | |
| 1/1/2017 | 34 | |
| 2/1/2017 | 35 | |
| 3/1/2017 | 36 | |
| 4/1/2017 | 37 | |
| 5/1/2017 | 38 | |
| 6/1/2017 | 39 | |
| 7/1/2017 | 40 | |
| 8/1/2017 | 41 | |
| 9/1/2017 | 42 | |
| 10/1/2017 | 43 | |
| 11/1/2017 | 44 | |
| 12/1/2017 | 45 | |
| 1/1/2018 | 46 | |
| 2/1/2018 | 47 | |
| 3/1/2018 | 48 | |
| 4/1/2018 | 49 | |
| 5/1/2018 | 50 | |
| 6/1/2018 | 51 | |
| 7/1/2018 | 52 | |
| 8/1/2018 | 53 | |
| 9/1/2018 | 54 | |
| 10/1/2018 | 55 | |
| 11/1/2018 | 56 | |
| 12/1/2018 | 57 | |
| 1/1/2019 | 58 | |
| 2/1/2019 | 59 | |
| 3/1/2019 | 60 | |
| | | $1,807.95 |
| | | 1807.95 |

| DUE DATE | | | CLAIM 2 | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 12th | | | PRI | | AEL | | | | |
| | | | IRS | | FINANCIAL | | | | |
| | 60 | | | | | | | | |
| 4/1/2014 | 1 | 1 at | OBJ. TO | 1 at | PERSONAL | | | | |
| 5/1/2014 | 2 | 1 at | CLAIM 2 | 1 at | GUARANTY | | | | |
| 6/1/2014 | 3 | 1 at | NEEDS TO | 1 at | LEASED | | | | |
| 7/1/2014 | 4 | 1 at | BE FILED | 1 at | EQUIP | | | | |
| 8/1/2014 | 5 | 1 at | | 1 at | OBJECTION | | | | |
| 9/1/2014 | 6 | | | 1 at | TO | | | | |
| 10/1/2014 | 7 | 2 at | | 1 at | CLAIM | | | | |
| 11/1/2014 | 8 | | $216.20 | 1 at | NEEDS TO | | | | |
| 12/1/2014 | 9 | | $216.20 | 1 at | BE FILED | | | | |
| 1/1/2015 | 10 | | $216.20 | | | | | | |
| 2/1/2015 | 11 | | $216.20 | | | | | | |
| 3/1/2015 | 12 | | $216.20 | | | | | | |
| 4/1/2015 | 13 | | $216.20 | | | | | | |
| 5/1/2015 | 14 | | $216.20 | | | | | | |
| 6/1/2015 | 15 | | $216.20 | | | | | | |
| 7/1/2015 | 16 | | $216.20 | | | | | | |
| 8/1/2015 | 17 | | $216.20 | | | | | | |
| 9/1/2015 | 18 | | $216.20 | | | | | | |
| 10/1/2015 | 19 | | $216.20 | | | | | | |
| 11/1/2015 | 20 | | $216.20 | | | | | | |
| 12/1/2015 | 21 | | $216.20 | | | | | | |
| 1/1/2016 | 22 | | $216.20 | | | | | | |
| 2/1/2016 | 23 | | $216.20 | | | | | | |
| 3/1/2016 | 24 | | $216.20 | | | | | | |
| 4/1/2016 | 25 | | $216.20 | | | | | | |
| 5/1/2016 | 26 | | $216.20 | | | | | | |
| 6/1/2016 | 27 | | $216.20 | | | | | | |
| 7/1/2016 | 28 | | $216.20 | | | | | | |
| 8/1/2016 | 29 | | $216.20 | | | | | | |
| 9/1/2016 | 30 | | $216.20 | | | | | | |
| 10/1/2016 | 31 | | $216.20 | | | | | | |
| 11/1/2016 | 32 | | $216.20 | | | | | | |
| 12/1/2016 | 33 | | $216.20 | | | | | | |
| 1/1/2017 | 34 | | $216.20 | | | | | | |
| 2/1/2017 | 35 | | $216.20 | | | | | | |
| 3/1/2017 | 36 | | $216.20 | | | | | | |
| 4/1/2017 | 37 | | $216.20 | | | | | | |
| 5/1/2017 | 38 | | $216.20 | | | | | | |
| 6/1/2017 | 39 | | $216.20 | | | | | | |
| 7/1/2017 | 40 | | $216.20 | | | | | | |
| 8/1/2017 | 41 | | $216.20 | | | | | | |
| 9/1/2017 | 42 | | $216.20 | | | | | | |
| 10/1/2017 | 43 | | $216.20 | | | | | | |
| 11/1/2017 | 44 | | $216.20 | | | | | | |
| 12/1/2017 | 45 | | $216.20 | | | | | | |
| 1/1/2018 | 46 | | $216.20 | | | | | | |
| 2/1/2018 | 47 | | $216.20 | | | | | | |
| 3/1/2018 | 48 | | $216.20 | | | | | | |
| 4/1/2018 | 49 | | $216.20 | | | | | | |
| 5/1/2018 | 50 | | $216.20 | | | | | | |
| 6/1/2018 | 51 | | $216.20 | | | | | | |
| 7/1/2018 | 52 | | $216.20 | | | | | | |
| 8/1/2018 | 53 | | $216.20 | | | | | | |
| 9/1/2018 | 54 | | $216.20 | | | | | | |
| 10/1/2018 | 55 | | $216.20 | | | | | | |
| 11/1/2018 | 56 | | $216.20 | | | | | | |
| 12/1/2018 | 57 | | $216.20 | | | | | | |
| 1/1/2019 | 58 | | $216.20 | | | | | | |
| 2/1/2019 | 59 | | $216.20 | | | | | | |
| 3/1/2019 | 60 | 53 at | $216.20 | 51 at | | 60 at | | 60 at | 60 at |
| | | | $11,458.60 | | | | | | |

| DUE DATE 12th | | | | | | | | | | FINAL | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 60 | | | | | | | | | | |
| 4/1/2014 | 1 | | | | | | | | | | |
| 5/1/2014 | 2 | | | | | | | | | | |
| 6/1/2014 | 3 | | | | | | | | | | |
| 7/1/2014 | 4 | | | | | | | | | | |
| 8/1/2014 | 5 | | | | | | | | | | |
| 9/1/2014 | 6 | | | | | | | | | | |
| 10/1/2014 | 7 | | | | | | | | | | |
| 11/1/2014 | 8 | | | | | | | | | | |
| 12/1/2014 | 9 | | | | | | | | | | |
| 1/1/2015 | 10 | | | | | | | | | | |
| 2/1/2015 | 11 | | | | | | | | | | |
| 3/1/2015 | 12 | | | | | | | | | | |
| 4/1/2015 | 13 | | | | | | | | | | |
| 5/1/2015 | 14 | | | | | | | | | | |
| 6/1/2015 | 15 | | | | | | | | | | |
| 7/1/2015 | 16 | | | | | | | | | | |
| 8/1/2015 | 17 | | | | | | | | | | |
| 9/1/2015 | 18 | | | | | | | | | | |
| 10/1/2015 | 19 | | | | | | | | | | |
| 11/1/2015 | 20 | | | | | | | | | | |
| 12/1/2015 | 21 | | | | | | | | | | |
| 1/1/2016 | 22 | | | | | | | | | | |
| 2/1/2016 | 23 | | | | | | | | | | |
| 3/1/2016 | 24 | | | | | | | | | | |
| 4/1/2016 | 25 | | | | | | | | | | |
| 5/1/2016 | 26 | | | | | | | | | | |
| 6/1/2016 | 27 | | | | | | | | | | |
| 7/1/2016 | 28 | | | | | | | | | | |
| 8/1/2016 | 29 | | | | | | | | | | |
| 9/1/2016 | 30 | | | | | | | | | | |
| 10/1/2016 | 31 | | | | | | | | | | |
| 11/1/2016 | 32 | | | | | | | | | | |
| 12/1/2016 | 33 | | | | | | | | | | |
| 1/1/2017 | 34 | | | | | | | | | | |
| 2/1/2017 | 35 | | | | | | | | | | |
| 3/1/2017 | 36 | | | | | | | | | | |
| 4/1/2017 | 37 | | | | | | | | | | |
| 5/1/2017 | 38 | | | | | | | | | | |
| 6/1/2017 | 39 | | | | | | | | | | |
| 7/1/2017 | 40 | | | | | | | | | | |
| 8/1/2017 | 41 | | | | | | | | | | |
| 9/1/2017 | 42 | | | | | | | | | | |
| 10/1/2017 | 43 | | | | | | | | | | |
| 11/1/2017 | 44 | | | | | | | | | | |
| 12/1/2017 | 45 | | | | | | | | | | |
| 1/1/2018 | 46 | | | | | | | | | | |
| 2/1/2018 | 47 | | | | | | | | | | |
| 3/1/2018 | 48 | | | | | | | | | | |
| 4/1/2018 | 49 | | | | | | | | | | |
| 5/1/2018 | 50 | | | | | | | | | | |
| 6/1/2018 | 51 | | | | | | | | | | |
| 7/1/2018 | 52 | | | | | | | | | | |
| 8/1/2018 | 53 | | | | | | | | | | |
| 9/1/2018 | 54 | | | | | | | | | | |
| 10/1/2018 | 55 | | | | | | | | | | |
| 11/1/2018 | 56 | | | | | | | | | | |
| 12/1/2018 | 57 | | | | | | | | | | |
| 1/1/2019 | 58 | | | | | | | | | | |
| 2/1/2019 | 59 | | | | | | | | | | |
| 3/1/2019 | 60 | | | | | | | | | | |

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113A-6<br>Case 6:14-bk-02843-ABB<br>Middle District of Florida<br>Orlando<br>Wed Dec 17 10:51:30 EST 2014 | Pouria Bidhendi<br>1012 Marabon Avenue<br>Orlando, FL 32806-1808 | Wells Fargo Bank NA<br>Choice Legal Group, PA<br>1800 NW 49th Street Suite 120<br>Fort Lauderdale, FL 33309-3092 |
| AEL Financial<br>600 N. Buffalo Grove Rd.<br>Buffalo Grove, IL 60089-2424 | Citifinancial<br>605 Munn Rd.<br>S Care Dept.<br>Fort Mill, SC 29715-8421 | Dyck O'Neal Inc.<br>15301 Spectrum Dr.<br>Addison, TX 75001-6436 |
| Florida Department of Revenue<br>Bankruptcy Unit<br>Post Office Box 6668<br>Tallahassee FL 32314-6668 | Internal Revenue Service<br>PO 7346<br>Philadelphia, PA 19101-7346 | Internal Revenue Service<br>Post Office Box 7346<br>Philadelphia PA 19101-7346 |
| Nissan Infinity Lt<br>PO Box 660366<br>Dallas, TX 75266-0366 | Orange County Tax Collector<br>Attn: Earl K. Wood<br>Post Office Box 2551<br>Orlando FL 32802-2551 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 |
| Preferred Collection<br>1000 N. Ashley Dr.<br>St. 1600<br>Tampa, FL 33602-3716 | Safe Home Security<br>58 Sebethe Dr.<br>Cromwell, CT 06416 | Strategic Recovery<br>7668 Warren Pkwy<br>St. 325<br>Frisco, TX 75034-4161 |
| Wells Fargo Bank<br>PO Box 10335<br>Des Moines, IA 50306-0335 | Laurie K Weatherford +<br>Post Office Box 3450<br>Winter Park, FL 32790-3450 | United States Trustee - ORL7/13 7+<br>Office of the United States Trustee<br>George C Young Federal Building<br>400 West Washington Street, Suite 1100<br>Orlando, FL 32801-2210 |
| Dorothy V Maier +<br>Archer Bay, P.A.<br>12249 Science Drive, Suite 130<br>Orlando, FL 32826-2935 | Scott W Spradley +<br>Law Offices of Scott W Spradley PA<br>PO Box 1<br>109 South 5th Street<br>Flagler Beach, FL 32136-3604 | Antonio Alonso +<br>Choice Legal Group, PA<br>PO Box 9908<br>Fort Lauderdale, FL 33310-0908 |
| Justin R Infurna +<br>Justn R. Infurna, Esq., LLM<br>69 East Pine Street<br>Orlando, FL 32801-2617 | Michael J Davis +<br>Darling Milligan Smith & Lesch<br>1331 17th Street, Suite 800<br>Denver, CO 80202-1596 | Note: Entries with a '+' at the end of the<br>name have an email address on file in CMECF |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Portfolio Recovery
120 Corporate Blvd.
Norfolk, VA 23502

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Arthur B. Briskman | (u)Dorothy Maier | End of Label Matrix |
| Orlando | Archer Bay, PA | Mailable recipients   23 |
| | 12249 Science Drive, Suite 130 | Bypassed recipients    2 |
| | Orlando | Total                 25 |