UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:

POURIA BIDHENDI

    Debtor.
_____/

Case No.: 6:14-bk-02843-ABB
Chapter 13

## SECOND AMENDED CHAPTER 13 PLAN

**DEBTOR,** POURIA BIDHENDI ("the Debtor") files this, his Second Amended Chapter 13 Plan, as follows:

### PLAN PAYMENTS

| Payment number by Months | Amount of Monthly Plan Payment |
|---|---|
| 1 - 5  (April, 2014 to August, 2014) | $2387 |
| 6-9  (September, 2014 to December, 2014) | $5151 |
| 10-60 (January, 2015 to March, 2019) | $6510 |

    The Debtor shall pay by money order, cashiers check or wage deduction, to Laurie K. Weatherford, Chapter 13 Standing Trustee, P.O. Box 1103, Memphis, Tennessee 38101-1103.  The Debtor's name and case number must be indicated clearly thereon and received by the due dates for payments established by court order.

## PAYMENTS OF CLAIMS THROUGH THE PLAN

**Attorney Fees**

| Attorney Name | Claim Amount | Payment Amount | Payment Month Numbers |
|---|---|---|---|
| Michael J. Davis | 2,000.00 | 1,000.00 | 1-2 |

**Other Priority Claims**

The fees and expenses of the Trustee shall be paid over the life of the Plan at the rate allowed as governed by the guidelines of the United States Trustee (10% of total plan payment)

| Name of Creditor | Claim Amount | Payment Amount | Payment Month Numbers |
|---|---|---|---|
| Internal Revenue Service | 11,242.00 | 216.20 | 8-59 |

**Secured Claims**   To include on-going payments continuing beyond the term of the Plan pursuant to applicable Note and Mortgage, auto payments, secured tax claims, PMSI payments

| Name of Creditor | Claim Amount | Payment Amount | Payment Month Numbers |
|---|---|---|---|
| Wells Fargo | 456,187.95 | 2,243.78 | 1-5 |
|  |  | 2,605.27 | 6-59 |

**Secured Arrearages:**

| Name of Creditor | Claim Amount | Payment Amount | Payment Month Numbers |
|---|---|---|---|
| Wells Fargo | 155,523.95 | 403.84 | 6 |

|  |  | 2,211.79 | 7 |
|  |  | 2,885.79 | 8-58 |

**Post-Petition Arrearages**

| **Name of Creditor** | **Claim Amount** | **Payment Amount** |  |
|---|---|---|---|
| Wells Fargo | 1,807.95 | 1807.95 | 6 |

**Property to be Surrendered:** (Creditors have 90 days from confirmation to file any deficiency claims; otherwise, the property is deemed to have been surrendered in full satisfaction of the debt owing.  The Stay is lifted to any secured creditor whose propery is being surrendered upon confirmation.

N.A.

**Valuation of Claims/Mortgages to be Valued/StrippedSecurity:**

N.A.

**Executory Contracts:**

**The following Executory Contracts are assumed:**

N.A.

**The following Executory Contracts are rejected:**

N.A.

**Unsecured Creditors:** whose claims ae allowed shall receive a pro rata share of the balance of the funds remaining after payment to Priority and Secured Creditors are made. Approximate percentage:   **10%**.

Property of the Estate revests in the Debtor upon confirmation of the plan, OR upon completion of all plan payments and the discharge of the Debtor.

## REGARDING INCOME TAX REFUNDS INCOME TAX RTURNS, AND/OR INCREASED INCOME:

The Debtor is required to turn over any and all income tax refunds to the Chapter 13 Standing Trustee, as Debtor's Plan pays a 100% dividend to unsecured creditors

The Debtor is required to provide the Chapter 13 Trustee with copies of all income tax returns filed each year and for the duration of this case.

*/s/ Scott W. Spradley*
Scott W. Spradley
Fla. Bar #782467
Law Offices of Scott W. Spradley, P.A.
109 South 5th Street
P.O. Box 1
Flagler Beach, FL 32136
Tel: 386/693-4935
Fax: 386/693-4937
scott.spradley@flaglerbeachlaw.com
Attorneys for the Debtor