UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:

POURIA BIDHENDI

         Debtor.

_____/

Case No.: 6:14-bk-02843-ABB
Chapter 13

**NOTICE BY DEBTOR OF WITHDRAWAL OF
MOTION TO MODIFY CONFIRMED CHAPTER 13 PLAN**

The Debtor, POURIA BIDHENDI (the "Debtor"), by and through his undersigned

counsel, hereby gives notice of his withdrawal of the Motion to Modify Confirmed Chapter 13

Plan, filed December 17, 2014 (Doc. No. 61).

*/s/ Scott W. Spradley*
Scott W. Spradley
Fla. Bar #782467
Law Offices of Scott W. Spradley, P.A.
109 South 5th Street
P.O. Box 1
Flagler Beach, FL 32136
Tel: 386/693-4935
Fax: 386/693-4937
scott.spradley@flaglerbeachlaw.com
Attorneys for the Debtor