UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:

POURIA BIDHENDI

Case No.: 6:14-bk-02843-ABB
Chapter 13

Debtor.
_____/

# ORDER SUSTAINING OBJECTION TO CLAIM NUMBER 4 OF THE FLORIDA DEPARTMENT OF REVENUE

This case came on for consideration of the Debtor's Objection to Claim Number 4 by the Florida Department of Revenue ("DOR") (Doc. No. 48). ("the Objection"). The record reflects that the Objection was filed utilizing the negative notice procedure authorized by Local Rule 2002-4. The record further reflects that no response was filed to the Objection within the time provided by Local Rule 2002-4, or thereafter. Consequently, it is appropriate to sustain the Objection. Accordingly, it is:

ORDERED:

1. The Objection is SUSTAINED.

2. Claim Number 4 of DOR is disallowed.

DONE and ORDERED in Orlando, Florida, this 13th day of January, 2015

_____
Arthur B. Briskman
United States Bankruptcy Judge

Attorney Scott W. Spradley is directed to serve a copy of this order on interested parties and file a proof of service within 3 days of entry of the order.