UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:   Pouria Bidhendi,                                  Case No. 6:14-bk-02843-ABB
         Debtor

## NOTICE OF INCREASE IN PLAN PAYMENTS
*This notice supersedes any previous notices filed*

TO:   Pouria Bidhendi
      1012 Marabon Avenue
      Orlando, FL  32806

This notice is occasioned by a notice of increased mortgage payments received by this office from **Wells Fargo Bank** (copy attached). Paragraph 6 of your Confirmation Order provides for this change in plan payments from you to the Trustee, and no further order is required.

THE EFFECTIVE DATE OF THIS INCREASE IN PAYMENT IS WITH THE PAYMENT DUE:  April 2015

|                              | Former      | New                    |
|------------------------------|-------------|------------------------|
| Mortgage payment             | $2,605.37   | $2,650.91              |
| Difference                   |             | $45.54                 |
| Additional Trustee Fee       |             | $2.91                  |
| Your Payment to the Trustee  | $6,510.00   | $6,558.45 (4/15-2/19)  |
|                              | $17,650.00  | $17,698.45 3/19-3/19   |

If you have made one or more payments which are after the effective date of this change, you **MUST**, in order for your payments to be current and in good standing, forward the difference between your former payment and the new payment to the Trustee upon receipt of this notice.

I hereby certify that a copy of the foregoing Notice of Increase in Plan Payments has been forwarded to the debtor at the address listed above and to the debtors' attorney, SCOTT W SPRADLEY, PO BOX 1, 109 S 5TH ST, FLAGLER BEACH, FL  32136 on this the 7 day of April, 2015.

/s/ Laurie K. Weatherford
Laurie K. Weatherford
Chapter 13 Trustee
Stuart Ferderer
Attorney for Trustee
FL Bar No. 0746967
Post Office Box 3450
Winter Park, Florida 32790-3450

# UNITED STATES BANKRUPTCY COURT
## Middle District of Florida (Orlando)

In re  Pouria Bidhendi  
Debtor

Case No. 14-02843  
Chapter 13

## Notice of Mortgage Payment Change

If you file a claim secured by a security interest in the debtor's principal residence provided for under the debtor's plan pursuant to § 1322(b)(5), you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** Wells Fargo Bank  
**Court claim no. (if known):** 3

**Last four digits** of any number you use to identify the debtor's account: 5076

**Date of payment change:** 04/01/2015  
Must be at least 21 days after date of this notice

**Uniform Claim Identifier:** WFCMGE1402843FLM67025076

**New total payment:** $2,650.91  
Principal, Interest, and escrow, if any

---

### Part 1: Escrow Account Payment Adjustment

Will there be a change in the debtor's escrow account payment?  
☐ No  
☑ Yes.  Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law.  
Describe the basis for the change. If a statement is not attached, explain why:

Current escrow payment: $496.68     New escrow payment: $542.22

### Part 2: Mortgage Payment Adjustment

Will the debtor's principal and interest payment change based on an adjustment to the interest rate in the debtor's variable-rate note?  
☑ No  
☐ Yes.  Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law.  
If a notice is not attached, explain why:

Current interest rate: _____    New interest rate: _____  
Current principal and interest payment: _____    New principal and interest payment: _____

### Part 3: Other Payment Change

Will there be a change in the debtor's mortgage payment for a reason not listed above?  
☑ No  
☐ Yes.  Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (Court approval may be required before the payment change can take effect.)  
Reason for change: _____

Current mortgage payment: _____    New mortgage payment: _____



2294916664