UNITED STATES BANKRUPTCY COURT
Middle District of Florida
Orlando Division

| IN RE:<br><br>Pouria Bidhendi<br><br><br><br>Debtor | Case No:   6:14-bk-02843-ABB<br>Chapter 13 |
|---|---|

### TRUSTEE'S MOTION TO DISMISS CASE FOR DEBTOR'S FAILURE TO PROVIDE COPIES OF 2014 INCOME TAX RETURN(S)

> **Notice of Opportunity to Object and for Hearing**
>
> **PURSUANT** to Local Rule 2002-4, the Court will consider this motion, objection or other matter without further notice or hearing unless a party in interest files a response or objection within 21 days of the service of this paper. If you object to the relief requested in this paper, you must file your response with the Clerk of the Court at the United States Bankruptcy Court, George C. Young Courthouse, 400 W. Washington St., Suite 5100, Orlando, FL 32801, and server a copy on:
>
> **Debtor** - Pouria Bidhendi, 1012 Marabon Avenue, Orlando, FL  32806
> **Trustee** - Laurie K. Weatherford, PO Box 3450, Winter Park, FL 32790
> **Debtor's Attorney**  - Scott W Spradley, Law Office Of Scott W Spradley, Po Box 1109 S 5TH ST, Flagler Beach, FL  32136
>
> If you file and serve a response or objection within the time permitted, the Court will schedule a hearing and you will be notified. If you do not file and objection within the time permitted, the Court will consider that you do not oppose the granting of the relief requested in this paper, will proceed to consider the pleading without further notice and hearing, and may grant the relief requested.

COMES NOW, Laurie K. Weatherford, the Chapter 13 Trustee, and files this Motion to Dismiss for Failure to Provide Copies of the Debtor's Income Tax Return(s), and as grounds states as follows:

1. That the Voluntary Petition in this case was filed on March 13, 2014.

2. That the Order Confirming Plan provides that the Debtor is required to furnish the Chapter 13 Trustee with copies of all income tax returns and turn refunds over to the Trustee.

3. That the Debtor has failed to provide the trustee with a copy of their 2014 income tax

return(s).

WHEREFORE, the Trustee moves this Court to dismiss this case.

### Certificate of Service

I HEREBY CERTIFY, that a true and correct copy of the foregoing has been furnished by the United States mail or by electronic transmission to the parties listed below on the 17th day of June, 2015.

**Debtor** - Pouria Bidhendi, 1012 Marabon Avenue, Orlando, FL  32806
**Debtor's Attorney -** Scott W Spradley, Law Office Of Scott W Spradley, Po Box 1109 S 5TH ST, Flagler Beach, FL  32136

/S/ LAURIE K. WEATHERFORD

Chapter 13 Trustee
Stuart Ferderer
FL Bar No. 0746967
Wayne Spivak
FL Bar No. 38191
Attorneys for Trustee
PO Box 3450
Winter Park, FL  32790
Telephone: 407-648-8841
Facsimile: 407-648-2665
E-mail: info@c13orl.com