UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA TAMPA
DIVISION

IN RE:

POURIA BIDHENDI                           Case No. 14-BK-02843-ABB

                                                                      Chapter 13

          Debtor.

## MICHAEL J. DAVIS'S MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR DEFENDANT

Pursuant to Rule 2091-1(a)(c), Michael J. Davis, Esquire ("Counsel"), hereby move to withdraw as counsel for Defendant Pouria Bidhendi, and in support thereof show:

1. The Undersigned has been counsel of record since March 13, 2014 on behalf of the Defendant.

2. There was a communication breakdown between Counsel and the Defendant, on May 7, 2014 Defendant decided to retain alternate representation, and Dorothy V Maier entered an appearance in this matter. July 6, 2014 Justin R. Infurana also entered an appearance in this matter. July 9, 2014 Dorothy V Maier filed a Motion to withdraw as Co-Counsel which was granted August 12, 2014. September 9, 2014 Joint Stipulation for Substitution of Counsel for Debtor, Scott W. Spradley substituted for Justin Infurna was filed with the Court. The Stipulation was filed by both Counsel and by the Debtor. Debtor Pouria Bidhendi has adequate Counsel, and it appears that Michael J. Davis never entered a Motion to withdraw as Counsel in this matter.

3. All future communications should be sent directly to the Defendants via counsel of record, Scott W. Spradley. Law Offices of Scott W. Spradley PA, PO Box 1, 109 South 5th

Street, Flagler Beach, FL 32136.  Phone number is listed as 386-693-4935, email is scott.spradley@flaglerbeachlaw.com.

4.  This Motion is filed in good faith and not for the purpose of creating any delay in these proceedings.

5.  Undersigned counsel is authorized to represent to the court no party will be prejudiced by the granting of this Motion.

WHEREFORE, Michael J. Davis, Esquire respectfully moves this Honorable Court for the entry of an Order as follows:

A.  Granting attorney Michael J. Davis's Motion to Withdraw as Counsel for Defendants.

B.  Granting such other and further relief as this Court may deem just and proper.

**CERTIFICATE OF COMPLIANCE**

I HEREBY CERTIFY that I am admitted to the Bar of the U. S. Bankruptcy Court for the Middle District of Florida, and I am in compliance with the additional qualifications to practice in this Court as set forth in Local Rule 2090-1 (a)(c).

Dated this 18th day of June, 2015

    Respectfully submitted,

    */s/ Michael J. Davis*
    One of the Attorneys
    Michael J. Davis
    6795 E. Tennessee Ave. Ste. 330
    Denver, Colo. 80224
    mdavis@bknmurray.com

## CERTIFICATE OF SERVICE

I hereby certify that on June 18, 2015, I served by prepaid first class mail a true and correct copy of this Motion to Withdraw on all parties against whom relief is sought and those otherwise entitled to service at the following addresses:

/s/ Lynsay Larson

Paralegal

| | |
|---|---|
| Pouria Bidhendi | PO Box 1 |
| 1012 Marabon Ave. | 109 South 5th Street |
| Orlando, FL 32806 | Flagler Beach, FL 32136 |
| | |
| US Trustee | Justin R Infurna |
| Laura K Weatherford | 69 East Pine Street |
| PO Box 3450 | Orlando, FL 32801 |
| Winter Park, FL 32790 | |
| | All creditors listed on attached creditor matrix |
| Scott W. Spradley | |