UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:

          Case No. 6:14-bk-02843-ABB

POURIA BIDHENDI           Chapter 13

      Debtor,
_____/

## RESPONSE TO MOTION TO DISMISS FOR FAILURE TO MAINTAIN TIMELY PLAN PAYMENTS

**THE DEBTOR**, POURIA BIDHENDI ("the Debtor"), by and through his undersigned counsel, files this, his response to the Trustee's Motion to Dismiss for Failure to Maintain Timely Plan Payments ("Motion to Dismiss") (Doc. No. 76), and would show:

1. The Debtor is a debtor before the Court with respect to this confirmed plan.

2. The Debtor was admittedly delinquent in making scheduled plan payments.

3. The Debtor is now current in his plan payment obligations.

**WHEREFORE**, for the foregoing reasons, POURIA BIDHENDI, respectfully requests that the Motion to Dismiss be denied; and for any and such other and further relief as this Court deems just and equitable.

>*/s/ Scott W. Spradley*
>Scott W. Spradley
>Fla. Bar #782467
>Law Offices of Scott W. Spradley, P.A.
>109 South 5th Street
>P.O. Box 1
>Flagler Beach, FL 32136
>Tel: 386/693-4935
>Fax: 386/693-4937
>scott.spradley@flaglerbeachlaw.com
>Attorneys for the Debtors

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 25, 2015 the following parties were served by U.S. first class mail, postage prepaid, or by electronic mail:

Laurie K. Weatherford
Post Office Box 3450
Winter Park, FL 32790

>*/s/ Scott W. Spradley*
>Scott W. Spradley