## UNITED STATES BANKRUPTCY COURT
### Middle District of Florida
### Orlando Division

| IN RE:<br><br>Pouria Bidhendi<br><br><br><br>Debtor | Case No:  6:14-bk-02843-ABB<br>Chapter 13 |
|---|---|

### Withdrawal of Motion to Dismiss for Failure to Maintain Timely Plan Payments

Laurie K. Weatherford, Chapter 13 Trustee, hereby withdraws the Motion to Dismiss for Failure to Maintain Timely Plan Payments filed June 04, 2015 (Document No. 76).

I HEREBY CERTIFY, that a true and correct copy of the foregoing Withdrawal of Motion to Dismiss for Failure to Maintain Timely Plan Payments has been furnished by the United States mail or by electronic transmission to the parties listed below on the 25th day of June, 2015.

**Debtor** - Pouria Bidhendi, 1012 Marabon Avenue, Orlando, FL  32806

**Debtor's Attorney** - Scott W Spradley, Law Office Of Scott W Spradley, Po Box 1109 S 5TH ST, Flagler Beach, FL  32136

Respectfully submitted on this 25th day of June, 2015.

/S/ LAURIE K. WEATHERFORD
Chapter 13 Trustee
Stuart Ferderer
FL Bar No. 0746967
Wayne Spivak
FL Bar No. 38191
Attorneys for Trustee
PO Box 3450
Winter Park, FL  32790
Telephone: 407-648-8841
Facsimile: 407-648-2665
E-mail: info@c13orl.com