UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:

                                                  Case No. 6:14-bk-02843-ABB

POURIA BIDHENDI                        Chapter 13

        Debtor,
_____/

## RESPONSE TO MOTION TO DISMISS FOR FAILURE
## TO PROVIDE COPIES OF 2014 TAX RETURN

**THE DEBTOR**, POURIA BIDHENDI ("the Debtor"), by and through his undersigned counsel, files this, his response to the Trustee's Motion to Dismiss for Failure to Provide 2014 Tax Return ("Motion to Dismiss") (Doc. No. 77), and would show:

1. The Debtor is a debtor before the Court with respect to this confirmed plan.

2. The Debtor was admittedly delinquent in providing the requested tax return.

3. The Debtor has now provided the 2014 tax return to the Trustee.

**WHEREFORE**, for the foregoing reasons, POURIA BIDHENDI, respectfully requests that the Motion to Dismiss be denied; and for any and such other and further relief as this Court deems just and equitable.

> */s/ Scott W. Spradley*
> Scott W. Spradley
> Fla. Bar #782467
> Law Offices of Scott W. Spradley, P.A.
> 109 South 5th Street
> P.O. Box 1
> Flagler Beach, FL 32136
> Tel: 386/693-4935
> Fax: 386/693-4937
> scott.spradley@flaglerbeachlaw.com
> Attorneys for the Debtors

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 8, 2015 the following parties were served by U.S. first class mail, postage prepaid, or by electronic mail:

Laurie K. Weatherford
Post Office Box 3450
Winter Park, FL 32790

> */s/ Scott W. Spradley*
> Scott W. Spradley