**UNITED STATES BANKRUPTCY COURT**
**Middle District of Florida**
**Orlando Division**

| | |
|---|---|
| **IN RE:**<br><br>**Pouria Bidhendi**<br><br>**Debtor** | **Case No:** **6:14-bk-02843-ABB**<br><br>**Chapter 13** |

**Trustee's Motion to Dismiss Case for Failure to Maintain Timely Plan Payments to Complete Case**

**Notice of Opportunity to Object and Request for Hearing**

Pursuant to Local Rule 2002-4, the Court will consider the relief requested in this paper without further notice or hearing unless a party in interest files a response within twenty-one (21) days from the date set forth on the attached proof of service, plus an additional three days for service if any party was served by U.S. Mail.

If you object to the relief requested in this paper, you must file a response with the Clerk of the Court, United States Bankruptcy Court, George C. Young Courthouse, 400 W. Washington St., Suite 5100, Orlando, Florida 32801 and serve a copy on the Chapter 13 Trustee, Laurie K Weatherford, PO Box 3450, Winter Park, FL 32790-3450 and any other appropriate persons within the time allowed. If you file and serve a response within the time permitted, the Court will either schedule and notify you of a hearing, or consider the response and grant or deny the relief requested without a hearing.

If you do not file a response within the time permitted, the Court will consider that you do not oppose the relief requested in the paper, will proceed to consider the paper without further notice or hearing, and may grant the relief requested.

COMES NOW, Laurie K. Weatherford, Chapter 13 Standing Bankruptcy Trustee for the Middle District of Florida, Orlando Division, and shows:

1. The Debtor filed this Petition under Title 11, Chapter 13 of the United States Code on March 13, 2014. That this case has a 60-month plan, which was scheduled to complete in March, 2019.

2. That a review of the Debtor's Report of Receipts and Disbursements and of the Debtor's

individual payment schedule for this case reflects that the Debtor is delinquent in payments under the Chapter 13 Plan in the amount of **$17,459.85,** which is the amount needed to complete this Chapter 13 case. A copy of the Trustee's Report of Receipts and Disbursements and Individual Payment Schedule is attached hereto as **Exhibit "A."**

3. That this Motion to Dismiss is being filed in accordance with the Order Establishing Deadline for Making Payments, entered by this Court upon the filing of the Debtor's Chapter 13 Plan.

4. The Debtor shall have twenty-one (21) days from date of this Motion to Dismiss to make the payments as referenced in paragraph 2 above and shall forward the sum specified above to the payment address of **Post Office Box 1103, Memphis, TN 38101-1103**, or this case will be dismissed.

Executed on this 22nd day of April, 2019.

**Certificate of Service**

I HEREBY CERTIFY, that a true and correct copy of the foregoing Trustee's Motion to Dismiss Case for Failure to Maintain Timely Plan Payments to Complete Case has been furnished by the United States mail or by electronic transmission to the parties listed below on the 22nd day of April, 2019.

**Debtor** - Pouria Bidhendi, 1012 Marabon Avenue, Orlando, FL 32806
**Debtor's Attorney -** Scott W Spradley, Law Office Of Scott W Spradley, Po Box 1109 S 5TH ST, Flagler Beach, FL 32136

Respectfully submitted on this 22nd day of April, 2019.

**/S/ LAURIE K. WEATHERFORD**

Chapter 13 Trustee
Stuart Ferderer
FL Bar No. 0746967
Ana DeVilliers
FL Bar No. 0123201
Attorney for Trustee
PO Box 3450
Winter Park, FL 32790
Telephone: 407-648-8841
Facsimile: 407-648-2665
E-mail: info@c13orl.com

**Exhibit "A"**

| Receipt Date | Source | Amount | Receipt Date | Source | Amount |
|---|---|---|---|---|---|
| 07/14/2014 | 0742 | $9,548.00 | 10/09/2018 | | $6,580.00 |
| 09/08/2014 | 0832 | $2,387.00 | 11/06/2018 | | $6,580.00 |
| 12/16/2014 | 0987 | $20,604.00 | 12/11/2018 | | $6,580.00 |
| 01/30/2015 | 5583 | $3,150.90 | 01/08/2019 | | $6,580.00 |
| 03/10/2015 | 1081 | $13,020.00 | 02/11/2019 | | $6,580.00 |
| 03/23/2015 | | $6,510.00 | 03/11/2019 | | $6,580.00 |
| 04/24/2015 | | $6,558.45 | | | |
| 06/08/2015 | | $6,558.45 | | | |
| 06/23/2015 | | $6,558.45 | | | |
| 07/27/2015 | | $6,558.45 | | | |
| 08/31/2015 | | $6,558.45 | | | |
| 10/07/2015 | | $6,558.45 | | | |
| 11/02/2015 | | $6,558.45 | | | |
| 12/07/2015 | | $6,558.45 | | | |
| 01/05/2016 | | $6,558.45 | | | |
| 02/08/2016 | | $6,558.45 | | | |
| 02/18/2016 | w refund | $702.92 | | | |
| 03/10/2016 | | $6,558.45 | | | |
| 04/07/2016 | | $6,558.45 | | | |
| 05/05/2016 | | $6,558.45 | | | |
| 06/08/2016 | | $6,558.45 | | | |
| 07/06/2016 | | $6,558.45 | | | |
| 08/08/2016 | | $6,558.45 | | | |
| 09/06/2016 | | $6,558.45 | | | |
| 10/11/2016 | | $6,558.45 | | | |
| 11/07/2016 | | $6,558.45 | | | |
| 12/05/2016 | | $6,558.45 | | | |
| 01/04/2017 | | $6,558.45 | | | |
| 01/26/2017 | 8626 | $675.32 | | | |
| 02/07/2017 | | $6,558.45 | | | |
| 03/08/2017 | | $6,558.45 | | | |
| 04/04/2017 | | $6,558.45 | | | |
| 05/08/2017 | | $6,558.45 | | | |
| 06/06/2017 | | $6,558.45 | | | |
| 07/07/2017 | | $6,558.45 | | | |
| 08/07/2017 | | $6,558.45 | | | |
| 09/07/2017 | | $6,558.45 | | | |
| 10/05/2017 | | $6,558.45 | | | |
| 11/06/2017 | | $6,558.45 | | | |
| 12/06/2017 | | $6,558.45 | | | |
| 01/09/2018 | | $6,558.45 | | | |
| 02/05/2018 | | $6,558.45 | | | |
| 03/08/2018 | | $6,558.45 | | | |
| 04/09/2018 | | $6,570.00 | | | |
| 05/07/2018 | | $6,570.00 | | | |
| 06/11/2018 | | $6,580.00 | | | |
| 07/11/2018 | | $6,580.00 | | | |
| 08/07/2018 | | $6,580.00 | | | |
| 09/10/2018 | | $6,580.00 | | | |