Chase Berger, Esq. (SBN 83794)
GHIDOTTI | BERGER LLP
3050 Biscayne Blvd Ste 402
Miami, FL 33137-4143
Ph:  (305) 501-2808
Fax: (954) 780-5578
cberger@ghidottiberger.com

Attorneys for Creditor:
U.S. Bank Trust, N.A., as Trustee of the Igloo Series III Trust

UNITED STATES BANKRUPTCY COURT

MIDDLE DISTRICT OF FLORIDA – ORLANDO DIVISION

| | |
|---|---|
| In Re: Pouria Bidhendi<br><br>　　　　Debtors. | Case No.: 6:14-bk-02843-KSJ<br><br>CHAPTER 13<br><br>**REQUEST FOR SPECIAL NOTICE** |

TO:    UNITED STATES BANKRUPTCY JUDGE, THE DEBTORS, AND ALL INTERESTED PARTIES

**PLEASE TAKE NOTICE** that GHIDOTTI|BERGER, LLP, attorneys for U.S. Bank Trust, N.A., as Trustee of the Igloo Series III Trust hereby requests special notice of all events relevant to the above referenced bankruptcy and copies of all pleadings or documents filed in relation to the above referenced bankruptcy, including all pleadings or notices under Federal Rules of Bankruptcy Procedure, Rule 2002, the commencement of any adversary proceedings, the filing of any requests for hearing, objections, and/or notices of motion, or any other auxiliary filings, as well as notice of all matters which must be noticed to creditors, creditors'

committees and parties-in-interest and other notices as required by the United States Bankruptcy Code and Rules and/or Local Rules of the above-referenced bankruptcy court.

GHIDOTTI|BERGER, LLP, requests that for all notice purposes and for inclusion in the Master Mailing List in this case, the following address be used:

GHIDOTTI|BERGER, LLP
1920 Old Tustin Ave.
Santa Ana, CA 92705
Telephone (949) 427-2010 – Fax: (949) 427-2732
ecfnotifications@ghidottiberger.com

Neither this Request for Special Notice nor any subsequent appearance, pleading, claim, proof of claim, documents, suit, motion nor any other writing or conduct, shall constitute a waiver of the within party's:

a.  Right to have any and all final orders in any and all non-core matters entered only after de novo review by a United States District Court Judge;

b.  Right to trial by jury in any proceeding as to any and all matters so triable herein, whether or not the same be designated legal or private rights, or in any case, controversy or proceeding related hereto, notwithstanding the designation or not of such matters as "core proceedings" pursuant to 28 U.S.C. § 157(b)(2)(H), and whether such jury trial right is pursuant to statute or the United States Constitution;

c.  Right to have the reference of this matter withdrawn by the United States District Court in any matter or proceeding subject to mandatory or discretionary withdrawal; and

d.  Other rights, claims, actions, defenses, setoffs, recoupments or other matters to which this party is entitled under any agreements at law or in equity or under the United States Constitution.

///

///

///

**2**
REQUEST FOR SPECIAL NOTICE AND SERVICE OF PAPERS AND RESERVATIONS OF RIGHTS

1     All of the above rights are expressly reserved and preserved by this party without
2 exception and with no purpose of confessing or conceding jurisdiction in any way by this filing
3 or by any other participation in these matters.

Dated: June 11, 2019

GHIDOTTI|BERGER LLP.
By: /s/ Chase Berger
Chase Berger, Esq.
Attorneys for U.S. Bank Trust, N.A., as Trustee of the Igloo Series III Trust

UNITED STATES BANKRUPTCY COURT

MIDDLE DISTRICT OF FLORIDA – ORLANDO DIVISION

| | |
|---|---|
| In Re: Pouria Bidhendi | Case No.: 6:14-bk-02843-KSJ |
| | CHAPTER 13 |
| | **CERTIFICATE OF SERVICE** |
| Debtors. | |

## **CERTIFICATE OF SERVICE**

I am employed in the County of Orange, State of California. I am over the age of eighteen and not a party to the within action. My business address is: 1920 Old Tustin Avenue, Santa Ana, CA 92705.

I am readily familiar with the business's practice for collection and processing of correspondence for mailing with the United States Postal Service; such correspondence would be deposited with the United States Postal Service the same day of deposit in the ordinary course of business.

On June 11, 2019 I served the following documents described as:

- **REQUEST FOR SPECIAL NOTICE**

on the interested parties in this action by placing a true and correct copy thereof in a sealed envelope addressed as follows:

(Via United States Mail)

| **Debtor**<br>Pouria Bidhendi<br>1012 Marabon Avenue<br>Orlando, FL 32806<br><br>**Debtor's Counsel**<br>Justin R Infurna<br>The Infurna Law Firm<br>121 South Orange Ave Ste. 1500<br>Orlando, FL 32801<br><br>**Debtor's Counsel**<br>Scott W Spradley<br>Law Offices of Scott W Spradley PA<br>109 South 5th Street<br>Flagler Beach, FL 32136 | **Trustee**<br>Laurie K Weatherford<br>Post Office Box 3450<br>Winter Park, FL 32790<br><br>**United States Trustee**<br>United States Trustee - ORL7/13, 7<br>Office of the United States Trustee<br>George C Young Federal Building<br>400 West Washington Street, Suite 1100<br>Orlando, FL 32801 |
|---|---|

__xx___(By First Class Mail) At my business address, I placed such envelope for deposit with the United States Postal Service by placing them for collection and mailing on that date following ordinary business practices.

_____Via Electronic Mail pursuant to the requirements of the Local Bankruptcy Rules of the Eastern District of California

__xx_ (Federal) I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on June 11, 2019 at Santa Ana, California

_/s/ Enrique Alarcon_
Enrique Alarcon

**2**
CERTIFICATE OF SERVICE