UNITED STATES BANKRUPTCY COURT
Middle District of Florida
Orlando Division

IN RE:                                                        Case No:     6:14-bk-02843-KSJ

POURIA BIDHENDI

                                          Debtor   /         Chapter 13

**TRUSTEE'S MOTION TO DISMISS CASE FOR INCURRING 2015, 2016 POST-PETITION TAX DEBT**

**Notice of Opportunity to Object and Request for Hearing**

Pursuant to Local Rule 2002-4, the Court will consider the relief requested in this paper without further notice or hearing unless a party in interest files a response within twenty-one (21) days from the date set forth on the attached proof of service, plus an additional three days for service if any party was served by U.S. Mail.

If you object to the relief requested in this paper, you must file a response with the Clerk of the Court, United States Bankruptcy Court, George C. Young Courthouse, 400 W. Washington St., Suite 5100, Orlando, Florida 32801 and serve a copy on the Chapter 13 Trustee, Laurie K Weatherford, PO Box 3450, Winter Park, FL 32790-3450 and any other appropriate persons within the time allowed. If you file and serve a response within the time permitted, the Court will either schedule and notify you of a hearing, or consider the response and grant or deny the relief requested without a hearing.

If you do not file a response within the time permitted, the Court will consider that you do not oppose the relief requested in the paper, will proceed to consider the paper without further notice or hearing, and may grant the relief requested.

COMES NOW, Laurie K. Weatherford, the Chapter 13 Trustee, and files her Motion to Dismiss Case for Incurring Post-Petition Debt, and as grounds states as follows:

1. That the Chapter 13 Petition for relief was filed on March 13, 2014.

2. That the Order Confirming Plan was entered on January 20, 2015.

3. The Confirmation Order entered by this Court states that "The Debtor is prohibited from incurring any post-confirmation debt during the term of this plan without prior approval of the Court or the Trustee".

4. The Debtor incurred post-petition tax liabilities to the IRS for $17,451.00 in the tax years(s) 2015, 2016.

5. The Trustee has requested proof that the Debtor has paid all post-petition taxes that have been incurred, but as of the date of the filing of this motion, has not received proof of payment.

6. The Trustee is unable to file a report of completion of plan until the Debtor has performed as required under the Bankruptcy Code and the Order Confirming plan relating to post-petition tax debt.

WHEREFORE, the Trustee prays that this Court will grant this Motion and dismiss this case.

### Certificate of Service

I HEREBY CERTIFY, that a true and correct copy of the foregoing was served upon the parties listed below by first-class U.S. Mail, postage prepaid or by Electronic Notification through the Court's ECF System at the e-mail address registered with the Court, on this 19th day of June, 2019.

**Debtor** - Pouria Bidhendi, 1012 Marabon Avenue, Orlando, FL  32806
**Debtor's Attorney -** Scott W Spradley, Law Office Of Scott W Spradley, Po Box 1109 S 5TH ST, Flagler Beach, FL  32136

/S/ LAURIE K. WEATHERFORD
Chapter 13 Trustee
Stuart Ferderer
FL Bar No. 0746967
Ana DeVilliers
FL Bar No. 0123201
Attorney for Trustee
PO Box 3450
Winter Park, FL  32790
Telephone: 407-648-8841
Facsimile: 407-648-2665
E-mail: info@c13orl.com