UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:

                                                                                                      Case No. 6:14-bk-02843-ABB

POURIA BIDHENDI                                      Chapter 13

          Debtor,
_____/

**RESPONSE TO TRUSTEE'S MOTION TO DISMISS CASE
FOR INCURRING 2015, 2016 POST PETTION TAX DEBT**

**THE DEBTOR**, POURIA BIDHENDI ("the Debtor"), by and through his undersigned counsel, file this, his response to the Trustee's Motion to Dismiss Case for Incurring 2015, 2016 Post Petition Tax Debt ("Motion to Dismiss") (Doc. No. 92), and would show:

1.      The Debtor is a debtor before the Court with respect to this Chapter 13 case.

2.      The Debtor, by and thru his undersigned counsel, will be filing a separate Motion for Tax Debt to Survive the Plan, and request for hearing.

**WHEREFORE**, for the foregoing reasons, POURIA BIDHENDI respectfully requests that the Motion to Dismiss be denied; and for any and such other and further relief as this Court deems just and equitable.

> */s/ Scott W. Spradley*
> Scott W. Spradley
> Fla. Bar #782467
> Law Offices of Scott W. Spradley, P.A.
> 109 South 5th Street
> P.O. Box 1
> Flagler Beach, FL 32136
> Tel: 386/693-4935
> Fax: 386/693-4937
> scott@flaglerbeachlaw.com
> Attorneys for the Debtor

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on July 12, 2019 the following party was served by U.S. first class mail, postage prepaid, or by electronic mail:

Laurie K. Weatherford
Post Office Box 3450
Winter Park, FL 32790

> */s/ Scott W. Spradley*
> Scott W. Spradley