UNITED STATES BANKRUPTCY COURT
Middle District of Florida
Orlando Division

IN RE:                                                                                           Case No:       6:14-bk-02843-KSJ

POURIA BIDHENDI

_____     Debtor   /          Chapter 13

**TRUSTEE'S MOTION TO DISMISS CASE FOR DEBTOR'S FAILURE TO TURN OVER 2018 INCOME TAX REFUND**

**Notice of Opportunity to Object and Request for Hearing**

Pursuant to Local Rule 2002-4, the Court will consider the relief requested in this paper without further notice or hearing unless a party in interest files a response within twenty-one (21) days from the date set forth on the attached proof of service, plus an additional three days for service if any party was served by U.S. Mail. You should read these papers carefully and discuss them with your attorney if you have one. If the paper is an objection to your claim in this bankruptcy case, your claim may be reduced, modified, or eliminated.

If you object to the relief requested in this paper, you must file a response with the Clerk of the Bankruptcy Court at 400 W. Washington Street, Suite 5100, Orlando, Florida 32801, and serve a copy of the same on the Chapter 13 Trustee, Laurie K. Weatherford, Post Office Box 3450, Winter Park, Florida 32790 and any other appropriate persons within the time frame allowed.   If you file and serve an objection within the time permitted, the Court will either schedule and notify you of a hearing, or consider the response and grant or deny the relief requested without a hearing.

If you do not file an objection within the time permitted, the Court will consider that you do not oppose the relief requested in the paper, will proceed to consider the paper without further notice or hearing and may grant the relief requested.

COMES NOW, Laurie K. Weatherford, the Chapter 13 Trustee, and files this Motion to Dismiss for Debtor's Failure to Turn Over Income Tax Refund, and as grounds states as follows:

1. That the Voluntary Petition in this case was filed on March 13, 2014.
2. That the Order Confirming Plan provides that the Debtor is required to furnish the Chapter 13 Trustee with copies of all income tax returns and turn refunds over to the Trustee.
3. That the Debtor has failed to turn over their 2018 income tax refund(s).

WHEREFORE, the Trustee moves this Court to dismiss this case.

COMES NOW, Laurie K. Weatherford, the Chapter 13 Trustee, and files this Motion to Dismiss for Debtor's Failure to Turn Over Income Tax Refund, and as grounds states as follows:

### Certificate of Service

I HEREBY CERTIFY, that a true and correct copy of the foregoing was served upon the parties listed below by first-class U.S. Mail, postage prepaid or by Electronic Notification through the Court's ECF System at the e-mail address registered with the Court, on this 6th day of August, 2019.

**Debtor** - Pouria Bidhendi, 1012 Marabon Avenue, Orlando, FL  32806
**Debtor's Attorney -** Scott W Spradley, Law Office Of Scott W Spradley, Po Box 1109 S 5TH ST, Flagler Beach, FL  32136

/S/ LAURIE K. WEATHERFORD
Chapter 13 Trustee
Stuart Ferderer
FL Bar No. 0746967
Ana DeVilliers
FL Bar No. 0123201
Attorney for Trustee
PO Box 3450
Winter Park, FL  32790
Telephone: 407-648-8841
Facsimile: 407-648-2665
E-mail: info@c13orl.com