UNITED STATES BANKRUPTCY COURT
Middle District of Florida
Orlando Division

IN RE:                                                                         Case No:     6:14-bk-02843-KSJ

POURIA BIDHENDI

                                            Debtor    /        Chapter 13

## WITHDRAWAL OF MOTION TO DISMISS CASE FOR DEBTOR'S FAILURE TO TURN OVER 2018 INCOME TAX REFUND

Laurie K. Weatherford, Chapter 13 Trustee, hereby withdraws the Motion to Dismiss Case for Failure to Turn Over Income Tax Refund (Document No. 94 ).

### Certificate of Service

I HEREBY CERTIFY, that a true and correct copy of the foregoing Withdrawal of Motion to Dismiss Case for Failure to Turn Over Income Tax Refund has been furnished by the United States mail or by electronic transmission to the parties listed below on the 13th day of August, 2019.

**Debtor** - Pouria Bidhendi, 1012 Marabon Avenue, Orlando, FL  32806

**Debtor's Attorney -**  Scott W Spradley, Law Office Of Scott W Spradley, Po Box 1109 S 5TH ST, Flagler Beach, FL  32136

/S/ LAURIE K. WEATHERFORD

Chapter 13 Trustee
Stuart Ferderer
FL Bar No. 0746967
Ana DeVilliers
FL Bar No. 0123201
Attorney for Trustee
PO Box 3450
Winter Park, FL  32790
Telephone: 407-648-8841
Facsimile: 407-648-2665
E-mail: info@c13orl.com