UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:                                                    Case No.:  6:14-bk-02843-KSJ

POUTIS BIDHRNDI,

     Debtor(s).
_____/

### NOTICE SCHEDULING PRELIMINARY HEARING

Notice is hereby given that a hearing will be held on **September 26, 2019 at 1:30 PM,** United States Bankruptcy Court, George C. Young Courthouse, 400 W. Washington Street, Courtroom 6A, 6th Floor, Orlando, FL  32801, on the following matter:

**Motion to Dismiss Case for Incurring Post Petition Tax Debt (Doc 92)**

And transact such other business as may properly come before the meeting.

Appropriate attire:  You are reminded that Local Rule 5072-1(16) requires that all persons appearing in court should dress in appropriate business attire consistent with their financial abilities.  Among other things, a coat and tie are appropriate for a man; a dress or pantsuit for a woman.

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished by United States Mail, first class postage prepaid and/or by Electronic on September 5, 2019 to:

Scott W Spradley                                  Pouria Bidhendi
Law Offices of Scott W Spradley PA                1012 Marabon Ave.
109 South 5th Street                              Orlando, FL  32806
Flagler Beach, FL 32136

LAURIE K. WEATHERFORD
Chapter 13 Standing Trustee

BY:  /s/ Laurie K. Weatherford
Laurie K. Weatherford, Trustee
Stuart Ferderer, Esq.
Fla. Bar No. 0746967
Ana V. De Villiers, Esquire
Fla Bar No. 0123201
Post Office Box 3450
Winter Park, Florida 32790-3450
Telephone: (407) 648-8841
Facsimile: (407) 648-2665