UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:  Case No.: 6:14-bk-02843-KSJ

POURIA BIDHENDI,

    Debtor(s).
_____/

### AMENDED NOTICE SCHEDULING PRELIMINARY HEARING

Notice is hereby given that a hearing will be held on **September 26, 2019 at 1:30 PM,** United States Bankruptcy Court, George C. Young Courthouse, 400 W. Washington Street, Courtroom 6A, 6th Floor, Orlando, FL 32801, on the following matter:

**Motion to Dismiss Case for Incurring Post Petition Tax Debt (Doc 92)**

And transact such other business as may properly come before the meeting.

Appropriate attire: You are reminded that Local Rule 5072-1(16) requires that all persons appearing in court should dress in appropriate business attire consistent with their financial abilities. Among other things, a coat and tie are appropriate for a man; a dress or pantsuit for a woman.

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished by United States Mail, first class postage prepaid and/or by Electronic on September 5, 2019 to:

Scott W Spradley  
Law Offices of Scott W Spradley PA  
109 South 5th Street  
Flagler Beach, FL 32136  

Pouria Bidhendi  
1012 Marabon Ave.  
Orlando, FL 32806  

LAURIE K. WEATHERFORD  
Chapter 13 Standing Trustee  

BY: /s/ Laurie K. Weatherford  
    Laurie K. Weatherford, Trustee  
    Stuart Ferderer, Esq.  
    Fla. Bar No. 0746967  
    Ana V. De Villiers, Esquire  
    Fla Bar No. 0123201  
    Post Office Box 3450  
    Winter Park, Florida 32790-3450  
    Telephone: (407) 648-8841  
    Facsimile: (407) 648-2665