UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:

                                                Case No.: 6:14-bk-02843-ABB

POURIA BIDHENDI                     Chapter 13

      Debtor.
_____/

## NOTICE OF LIMITED APPEARANCE OF ADDITIONAL COUNSEL
## AND RULE 2030 STATEMENT OF COMPENSATION

**COMES NOW, Scott W. Spradley,** attorney of record for the Debtors, and files this Notice of Limited Appearance of Additional Counsel of ISABEL E. FREEMAN (FBN 760481) who will be assisting your undersigned for the sole purpose of attending the following:

Preliminary Hearing on Trustee's Motion to Dismiss Case for Incurring 2015, 2016

Post Petition Tax Debt scheduled for September 26, 2019 at 1:30pm

and said counsel does consent to serve in such capacity. In compliance with Federal Rules of Bankruptcy Procedure 2030 additional counsel has been, or will be paid $125.00 for said services. All correspondence and pleadings should continue to be served to the attorney of record.

                              */s/ Scott W. Spradley*
                              SCOTT W. SPRADLEY
                              Florida Bar No. 782467
                              Law Offices of Scott W. Spradley, P.A.
                              109 South 5th Street
                              P.O. Box 1
                              Flagler Beach, FL 32136
                              Tel: 386/693-4935
                              Fax: 386/693-4937
                              scott@flaglerbeachlaw.com
                              Attorney for Debtor

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing Notice of Appearance was electronically mailed this 24th day of September, 2019 to Laurie K. Weatherford, Chapter 13 Trustee, P.O. Box 3450, Winter Park, Florida 32790 and the United States Trustee at 400 W. Washington Street, Suite 1100, Orlando, Florida 32801.

*/s/ Scott W. Spradley*
SCOTT W. SPRADLEY