UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:

POURIA BIDHENDI

Case No. 6:14-bk-02843-ABB
Chapter 13

  Debtor,
_____/

## MOTION FOR ORDER ALLOWING
## POST PETITION TAX DEBT TO SURVIVE PLAN

**THE DEBTOR**, POURIA BIDHENDI ("the Debtor"), by and through his undersigned counsel, files this, his Motion for Order Allowing Post Petition Debt to Survive Plan, and as grounds therefore would show:

1. The Debtor is a debtor before the Court, having filed a Chapter 13 petition on March 13, 2014.

2. The Order Confirming Plan was entered on January 20, 2015.

3. Through the ordinary course, the Debtor incurred post petition tax liabilities to the IRS for tax years 2015 and 2016 (post petition taxes).

4. The Debtor is negotiating a payment plan directly with the IRS for payment of the post petition taxes.

5. The Debtor seeks entry of an Order allowing the post petition tax taxes to be paid and to survive the plan and his discharge.

**WHEREFORE**, for the foregoing reasons, POURIA BIDHENDI respectfully requests that the Court grant this Motion and allow the post petition taxes to survive his discharge and the plan; and for any and such other and further relief as this Court deems just and equitable.

> */s/ Scott W. Spradley*
> Scott W. Spradley
> Fla. Bar #782467
> Law Offices of Scott W. Spradley, P.A.
> 109 South 5th Street
> P.O. Box 1
> Flagler Beach, FL 32136
> Tel: 386/693-4935
> Fax: 386/693-4937
> scott@flaglerbeachlaw.com
> Attorneys for the Debtor

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on September 26, 2019 the following party was served by U.S. first class mail, postage prepaid, or by electronic mail:

Laurie K. Weatherford
Post Office Box 3450
Winter Park, FL 32790

> */s/ Scott W. Spradley*
> Scott W. Spradley