

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA

# PRO MEMO

09/26/2019 01:30 PM

COURTROOM   6A, 6th Floor

HONORABLE KAREN JENNEMANN

| CASE NUMBER: | | FILING DATE: |
|---|---|---|
| 6:14-bk-02843-KSJ | 13 | 03/13/2014 |

**Chapter 13**

**DEBTOR:**   Pouria Bidhendi

**DEBTOR ATTY:**   Scott Spradley

**TRUSTEE:**   Laurie Weatherford

**HEARING:**

Motion by Trustee to Dismiss Case for incurring post-petition tax debt (Doc #92)
Response by Debtor to Motion to Dismiss for Incurring Tax Debt (Doc #93)
Note:
Case Confirmed 1/20/2015
Pending Motion For Order Allowing Post Petition Taxes to Survive Plan (Doc #99) filed 9/26/19

**APPEARANCES::**

Stuart Ferderer (Trustee),
Isabel Freeman (Debtor),

**RULING:**

1) Motion by Trustee to Dismiss Case for incurring post-petition tax debt   (Doc #92): Continued to 12/10/2019 at 2:00 PM (AOCNFNG)

Response by Debtor to Motion to Dismiss for Incurring Tax Debt (Doc #93),

2) Motion For Order Allowing Post Petition Taxes to Survive Plan   (Doc #99): Hearing Scheduled 12/10/2019 at 2:00 PM (AOCNFNG)

(NH)
Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). Orders not submitted by the time of closing will result in motions/objections/applications being denied as moot. This docket entry/document is not an official order of the Court.